(SPACE BELOW FOR FILING STAMP ONLY)

COPY

1  Ara Sahelian (State Bar No. 169257)
   sahelianlaw@yahoo.com
2  LAW OFFICES OF ARA SAHELIAN
   23046 Avenida De. La Carlota, Suite 600
3  Laguna Hills, California  92653
   Telephone:  (949) 588-5782
4  Facsimile:  (949) 305-4192

5  James A. Rossi (State Bar No. 216357)
   rossij@cwllaw.com
6  T. Vincent Consolo (State Bar No. 245230)
   consolov@cwllaw.com
7  CRANDALL, WADE & LOWE
   A Profession Corporation
8  26010 Mureau Road, Suite 160
   Calabasas, California  91302
9  Telephone:  (818) 871-9900
   Facsimile:  (818) 871-9901

10

11 Attorneys for   Counter-Defendant/Cross-Claimant,
                   PHYSICIAN FORMULAS

12

FILED
CLERK, U.S. DISTRICT COURT

MAR 1 2 2009
3:43

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

13

14         **IN THE UNITED STATES DISTRICT COURT**

15        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

16                    **WESTERN DIVISION**

17 RAY SAHELIAN, an individual,        Civil Action No. CV08-03561 RGK
                                       (CTx)
18                        Plaintiff,
                                       Judge:      Gary R. Klausner
19         vs.                         Courtroom:  850

20 OREXIS, LLC, a foreign limited
   liability company; URBAN           PHYSICIAN FORMULAS' (erroneously
21 NUTRITION, LLC, a foreign limited   sued as PHYSICIANS FORMULAS)
   liability company; EXCELL NOW,      ANSWER TO ATLANTIC COAST
22 LLC, a foreign liability            MEDIA GROUP LLC'S COUNTER-
   company; LONGEVITY, LLC, a          CLAIM AND PHYSICIAN
23 limited liability company; ATLANTIC FORMULAS' CROSS-CLAIMS
   COAST MEDIA GROUP, LLC, a
24 limited liability company; ANDREW
   SURWILO, an individual; and
25 THOMAS SHIPLEY, an individual,

26                        Defendants.

27

28

                              1
PHYSICIAN FORMULAS' (erroneously sued as PHYSICIANS FORMULAS) ANSWER TO ATLANTIC COAST
MEDIA GROUP LLC'S COUNTER-CLAIM AND PHYSICIAN FORMULAS' CROSS-CLAIMS

ATLANTIC COAST MEDIA GROUP, LLC,

                        Counterclaimant,

    -against-

RAY SAHELIAN, LONGEVITY RESEARCH, INC., PHYSICIANS FORMULAS, and JOHN DOES 1-10,

                Counterclaim-Defendants.

PHYSICIAN FORMULAS (erroneously sued as PHYSICIANS FORMULAS),

        Cross-Defendant; Cross/Counter-Claimant,

    vs.

OREXIS LLC, URBAN NUTRITION LLC, ATLANTIC COAST MEDIA GROUP LLC, SERENITY LLC, PRIME WORLD SYNDICATE LIMITED, ANDREW SURWILO, THOMAS SHIPLEY, and JOHN DOES 1-10,

        Cross/Counterclaim-Defendants.

///
///
///
///
///
///
///
///
///
///

PHYSICIAN FORMULAS' (erroneously sued as PHYSICIANS FORMULAS) ANSWER TO ATLANTIC COAST MEDIA GROUP LLC'S COUNTER-CLAIM AND PHYSICIAN FORMULAS' CROSS-CLAIMS

Cross-Defendant PHYSICIAN FORMULAS (erroneously sued as PHYSICIANS FORMULAS) by and through its attorneys, Crandall, Wade & Lowe, APC, and The Law Offices of Ara Sahelian, as and for its Response to the Answer to Amended Complaint and Counterclaims of ATLANTIC COAST MEDIA GROUP LLC, ("Defendant") hereby avers as follows:

1.   Denies knowledge or information sufficient to form a belief as to the allegations of Paragraph 1 of the Counterclaims and, therefore, denies same.

2.   Denies knowledge or information sufficient to form a belief as to the allegations of Paragraph 2 of the Counterclaims and, therefore, denies same.

3.   Denies knowledge or information sufficient to form a belief as to the allegations of Paragraph 3 of the Counterclaims and, therefore, denies same.

4.   PHYSICIAN FORMULAS denies each and every allegation found in Paragraph 4 of the Counterclaims.

5.   Denies knowledge or information sufficient to form a belief as to the allegations of Paragraph 5 of the Counterclaims and, therefore, denies same.

6.   Admits, with respect to Paragraph 6 of the Counterclaims, that Defendants have alleged that this action arises under the Lanham Act, 15 U.S.C. §§ 1025(a), California Business and Professions Code § 17200, California unfair competition law, and trademark cancellation law, but PHYSICIAN FORMULAS denies liability for any and all claims asserted by Defendants for the reasons stated herein.  Except as so admitted, PHYSICIAN FORMULAS denies knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph 6 of the Counterclaims, and therefore, denies same.

7.   Admits, with respect to Paragraph 7 of the Counterclaims, that Defendants have alleged that this Court has subject matter jurisdiction over this action under 15 U.S.C. § 1121, 28 U.S.C. § 1331, and 28 U.S.C. §§ 1338(a) and (b), and admits, with respect to Paragraph 7 of the Counterclaims, that Defendants have alleged supplemental jurisdiction under 28 U.S.C. § 1367, but PHYSICIAN FORMULAS denies liability for any and all claims asserted by Defendants for the reasons stated herein.  Except as so admitted,

PHYSICIAN FORMULAS' (erroneously sued as PHYSICIANS FORMULAS) ANSWER TO ATLANTIC COAST MEDIA GROUP LLC'S COUNTER-CLAIM AND PHYSICIAN FORMULAS' CROSS-CLAIMS

1   PHYSICIAN FORMULAS denies knowledge or information sufficient to form a belief as

2   to the remaining allegations of Paragraph 7 of the Counterclaims, and therefore, denies

3   same.

4           8.      Admits, with respect to Paragraph 8 of the Counterclaims, that Defendants

5   have alleged that venue is proper in the Central District of California under 28 U.S.C. §§

6   1391 (b) and (c), but PHYSICIAN FORMULAS denies liability for any and all claims

7   asserted by Defendants for the reasons stated herein.  Except as so admitted, PHYSICIAN

8   FORMULAS denies knowledge or information sufficient to form a belief as to the

9   remaining allegations of Paragraph 8 of the Counterclaims, and therefore, denies same.

10          9.      Denies knowledge or information sufficient to form a belief as to the

11  allegations of Paragraph 9 of the Counterclaims and, therefore, denies same.

12          10.     Admits, with respect to Paragraph 10 of the Counterclaims, that

13  PHYSICIAN FORMULAS markets and sells dietary supplements throughout the United

14  States including dietary supplement addressing sexual health concerns, but PHYSICIAN

15  FORMULAS denies knowledge or information sufficient to form a belief as to the

16  remaining allegations of Paragraph 10 of the Counterclaims, and therefore, denies same.

17          11.     Admits, with respect to Paragraph 11 of the Counterclaims, that

18  PHYSICIAN FORMULAS markets and sells a product entitled Passion RX, but

19  PHYSICIAN FORMULAS denies knowledge or information sufficient to form a belief as

20  to the remaining allegations of Paragraph 11 of the Counterclaims, and therefore, denies

21  same.

22          12.     Denies knowledge or information sufficient to form a belief as to the

23  allegations of Paragraph 12 of the Counterclaims and, therefore, denies same.

24          13.     PHYSICIAN FORMULAS denies each and every allegation found in

25  Paragraph 13 of the Counterclaims.

26          14.     Denies knowledge or information sufficient to form a belief as to the

27  allegations of Paragraph 14 of the Counterclaims and, therefore, denies same.

28          15.     Denies knowledge or information sufficient to form a belief as to the

4

1 allegations of Paragraph 15 of the Counterclaims and, therefore, denies same.

2   16. Denies knowledge or information sufficient to form a belief as to the

3 allegations of Paragraph 16 of the Counterclaims and, therefore, denies same.

4   17. Denies knowledge or information sufficient to form a belief as to the

5 allegations of Paragraph 17 of the Counterclaims and, therefore, denies same.

6   18. Denies knowledge or information sufficient to form a belief as to the

7 allegations of Paragraph 18 of the Counterclaims and, therefore, denies same.

8   19. Denies knowledge or information sufficient to form a belief as to the

9 allegations of Paragraph 19 of the Counterclaims and, therefore, denies same.

10   20. Denies knowledge or information sufficient to form a belief as to the

11 allegations of Paragraph 20 of the Counterclaims and, therefore, denies same.

12           COUNT I

13   21. Repeats, reaffirms, and realleges with respect to Paragraph 21 of the

14 Counterclaims, its Response to Paragraphs 1 through 20 of the Counterclaims.

15   22. Denies each and every allegation found in Paragraph 22 of the

16 Counterclaims.

17   23. Denies each and every allegation found in Paragraph 23 of the

18 Counterclaims.

19   24. Denies each and every allegation found in Paragraph 24 of the

20 Counterclaims.

21   25. Denies each and every allegation found in Paragraph 25 of the

22 Counterclaims.

23   26. Denies each and every allegation found in Paragraph 26 of the

24 Counterclaims.

25           COUNT II

26   27. Repeats, reaffirms, and realleges with respect to Paragraph 27 of the

27 Counterclaims, its Response to Paragraphs 1 through 26 of the Counterclaims.

28   28. Denies each and every allegation found in Paragraph 28 of the

PHYSICIAN FORMULAS' (erroneously sued as PHYSICIANS FORMULAS) ANSWER TO ATLANTIC COAST
MEDIA GROUP LLC'S COUNTER-CLAIM AND PHYSICIAN FORMULAS' CROSS-CLAIMS

1   Counterclaims.

2        29.    Denies each and every allegation found in Paragraph 29 of the

3   Counterclaims.

4        30.    Denies each and every allegation found in Paragraph 30 of the

5   Counterclaims.

6        31.    Denies each and every allegation found in Paragraph 31 of the

7   Counterclaims.

8        32.    Denies each and every allegation found in Paragraph 32 of the

9   Counterclaims.

10                      COUNT III

11       33.    Repeats, reaffirms, and realleges with respect to Paragraph 33 of the

12  Counterclaims, its Response to Paragraphs 1 through 32 of the Counterclaims.

13       34.    Denies each and every allegation found in Paragraph 34 of the

14  Counterclaims.

15       35.    Denies each and every allegation found in Paragraph 35 of the

16  Counterclaims.

17       36.    Denies each and every allegation found in Paragraph 36 of the

18  Counterclaims.

19                      COUNT IV

20       37.    Repeats, reaffirms, and realleges with respect to Paragraph 37 of the

21  Counterclaims, its Response to Paragraphs 1 through 36 of the Counterclaims.

22       38.    Denies each and every allegation found in Paragraph 38 of the

23  Counterclaims.

24       39.    Denies each and every allegation found in Paragraph 39 of the

25  Counterclaims.

26       40.    Denies each and every allegation found in Paragraph 40 of the

27  Counterclaims.

28       41.    Denies each and every allegation found in Paragraph 41 of the

6

1   Counterclaims.

2      42.   Denies each and every allegation found in Paragraph 42 of the

3   Counterclaims.

## FIRST AFFIRMATIVE DEFENSE

5      43.   The Counterclaims fail to state facts or any basis sufficient to support any

6   claim upon which relief can be granted against PHYSICIAN FORMULAS.

## SECOND AFFIRMATIVE DEFENSE

8      44.   Defendants' claims are barred by the doctrines of waiver, estoppel, and

9   laches.

## THIRD AFFIRMATIVE DEFENSE

11     45.   Defendants' claims are barred by the doctrine of unclean hands.

## PHYSICIAN FORMULAS' COUNTERCLAIMS

## (Against Orexis LLC, Urban Nutrition LLC, Atlantic Coast Media Group LLC, Serenity LLC, Prime World Syndicate Limited, Andrew Surwilo, Thomas Shipley, and John Does 1-10)

16     Counter-Defendant/Cross-Claimant PHYSICIAN FORMULAS (erroneously sued

17  as PHYSICIANS FORMULAS) by and through its attorneys, Crandall, Wade & Lowe,

18  APC, and The Law Offices of Ara Sahelian, as and for its Counterclaims against

19  Defendants/Counter-claimants OREXIS LLC, URBAN NUTRITION LLC, ATLANTIC

20  COAST MEDIA GROUP LLC, SERENITY LLC, PRIME WORLD SYNDICATE

21  LIMITED, ANDREW SURWILO, THOMAS SHIPLEY, and JOHN DOES 1-10

22  ("Defendants"), allege, upon knowledge as to its own acts, and upon information and belief

23  as to all other matters, as follows:

## JURISDICTION AND VENUE

25     1.   This action arises under the Lanham Act, 15 U.S.C. §§ 1051, *et seq.*, and

26  California Law.  The Court has subject matter jurisdiction over trademark claims and

27  related state claims pursuant to 28 U.S.C. § 1331, 1338, and 1367.

28     2.   Jurisdiction is based on Federal Question; 28 U.S.C. §1331.

3.     This Court has personal jurisdiction over Defendants in that Defendants are doing continuous and systematic business in the State of California and in this judicial District.  Defendants derive substantial revenue from interstate commerce committing infringing acts and causing injury to PHYSICIAN FORMULAS in the State of California. Defendants should reasonably expect their infringing conduct to have consequences in the State of California.  At all relevant times Defendants have transacted business within the State of California and contracted to supply goods or services in the State of California in connection with the matters giving rise to this suit.

4.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 (b) and (c) as Defendants' infringing conduct have injured PHYSICIAN FORMULAS within this judicial district, and because confusion is likely to occur in this district as a result of Defendants' unlawful acts.  The Western Division, is the appropriate and convenient venue for this suit.

<u>NATURE OF THE CASE</u>

5.     This is a civil action for damages and equitable relief, including permanent injunctive relief, against Defendants for acts of trademark infringement, unfair competition, and false advertising in violation of federal and state laws.  Defendants have engaged in conduct amounting to a civil conspiracy designed to increase their financial profits and harm PHYSICIAN FORMULAS.  Civil Conspiracy is defined as a group of two or more persons agreeing to a common plan or design to commit a tortious act. Defendants have misappropriated PHYSICIAN FORMULAS' trademarks for purposes of their commercial gain.  Additionally, Defendants' directly and secondarily infringe on the trademarks owned by PHYSICIAN FORMULAS, which are the subject of a valid Certificates of Trademark Registration from the United States Patent and Trademark Office.  The infringement of PHYSICIAN FORMULAS' trademarks are based on Defendants' use of PHYSICIAN FORMULAS' trademarks as metatags in online advertising.  Defendants bolster their position by using untrue and misleading advertising regarding their own products and services.

8

1

### THE PARTIES

2 **A.     Counter-Defendant/ Cross-Claimant PHYSICIAN FORMULAS**

3        6.      Counter-Defendant/Cross-Claimant PHYSICIAN FORMULAS, has its

4 principal places of business in Los Angeles, California.  It markets and sells herbal

5 supplements on the website <<www.physicianformulas.com>>.

6        7.      PHYSICIAN FORMULAS owns the trademarks "Mind Power Rx®," and

7 "Prostate Power Rx®."

8        8.      PHYSICIAN FORMULAS has valid, protected trademark interests in

9 "Mind Power Rx®" (Registration Number 3372455), and "Prostate Power Rx®"

10 (Registration Number 3377684).  PHYSICIAN FORMULAS' registrations of the marks on

11 the Principal Register in the United States Patent and Trademark Office constitute prima

12 facie evidence of the validity of the registered marks, and of PHYSICIAN FORMULAS'

13 exclusive rights to use the marks on goods and services specified in the registration.

14 PHYSICIAN FORMULAS has priority of uses.  PHYSICIAN FORMULAS acquired

15 ownership of said trademarks, invented the marks first, registered them first, and

16 PHYSICIAN FORMULAS was the first to permit the use of the marks in the sale of goods

17 or services.

18 **B.     Defendants Orexis LLC, Urban Nutrition LLC, Atlantic Coast Media Group**

19 **LLC, Serenity LLC, Prime World Syndicate Limited, Andrew Surwilo, Thomas**

20 **Shipley, and John Does 1-10**

21        9.      Defendants Orexis LLC, Urban Nutrition LLC, Atlantic Coast Media Group

22 LLC, and Serenity LLC are domestic limited liability companies.  Prime World Syndicate

23 is a limited liability company located in the British Virgin Islands.  It is PHYSICIAN

24 FORMULAS' contention, upon information and belief, that Orexis LLC, Urban Nutrition

25 LLC, Atlantic Coast Media Group LLC, Serenity LLC, and Prime World Syndicate

26 Limited have their principal place(s) of business in the State(s) of California, New York,

27 New Jersey, Virginia, and the British Virgin Islands.

28        10.     It is PHYSICIAN FORMULAS' contention, upon information and belief,

1   that Defendants Andrew Surwilo and Thomas Shipley are general partners in each of the

2   above-referenced companies, and that Orexis LLC, Urban Nutrition LLC, Atlantic Coast

3   Media Group LLC, Serenity LLC, Prime World Syndicate Limited, Andrew Surwilo, and

4   Thomas Shipley operate a number of cross-linked websites and services, the most

5   prominent of which are <<www.mindreference.com>>, <<www.feelserenity.com>>,

6   <<www.themenschoice.com>>, and <<www.orexis.com>>.

7          11.     Prime World Syndicate Limited is the domain name registrant of

8   <<www.mindreference.com>>.

9          12.     Prime World Syndicate Limited is the domain name registrant of

10  <<www.themenschoice.com>>.

11         13.     Urban Nutrition LLC is the domain name registrant of

12  <<www.feelserenity.com>>.

13         14.     Orexis LLC is the domain name registrant of <<www.orexis.com>>.

14         15.     It is Plaintiff's contention, upon information and belief, that Andrew

15  Surwilo and Thomas Shipley directly authorized and actively participated in the operation

16  of the cross-linked websites, <<www.mindreference.com>>, <<www.feelserenity.com>>,

17  <<www.themenschoice.com>>, and <<www.orexis.com>>.  Andrew Surwilo and Thomas

18  Shipley, are the general partners of each of the companies identified above.  Andrew

19  Surwilo has been identified in Defendants' Initial Disclosures as an individual with

20  discoverable information pertaining to the alleged actions of the defendants.  Additionally,

21  Andrew Surwilo has signed verifications in Defendants' written discovery responses,

22  indicating that he is the Manager of Urban Nutrition LLC, and Orexis LLC.  It is Plaintiff's

23  contention, upon information and belief, that Andrew Surwilo is also the President of

24  Orexis LLC, Urban Nutrition LLC, Atlantic Coast Media Group LLC, Serenity LLC, and

25  Prime World Syndicate Limited.  The individuals Andrew Surwilo and Thomas Shipley

26  have directly authorized and actively participated in the conduct described above.

27         16.     It is PHYSICIAN FORMULAS' contention, upon information and belief,

28  that Defendants operate a network of interlinked, so called "informational," and "review"

10

1  webpages that seemingly provide unbiased commentary and analysis of health related

2  products in order to direct traffic to their websites.  The underlying purpose of these

3  "informational pages" is not to disseminate information, but instead to direct traffic

4  towards their own sites.

5     17. Counter defendants John Does 1-10 are business entities or individuals,

6  whose identities are not yet known to PHYSICIAN FORMULAS, which have participated,

7  along with Defendants, in the wrongful conduct discussed herein.

8  **The Unauthorized Uses of PHYSICIAN FORMULAS' Trademarks in Metatag**

9  **Advertising and Web Addresses (URLs) for Commercial Gain.**

10     18. PHYSICIAN FORMULAS seeks damages and injunctive relief for

11  Defendants' use of PHYSICIAN FORMULAS' trademarks, in metatags and web addresses

12  (URLs), for the purpose of diverting internet users to the Defendants' webpages.

13     19. Metatags are HTML code intended to describe the contents of the website.

14  Description metatags are intended to describe the website.  Keyword metatags contain

15  keywords relating to the contents of the website. Search engines such as Google or Yahoo

16  look for keywords in places such as domain names, actual text on the webpage, and

17  metatags.  The more often a term appears in the metatags and in the text of the webpage,

18  the more likely it is that the webpage will be "hit" in a search for that keyword and the

19  higher on the search results list of "hits" the webpage will appear.

20     20. A web address is also referred to as an URL.  Domain Name URLs are

21  uniform resource locators that specify where specific identified information is located on

22  the internet.

23     21. PHYSICIAN FORMULAS also seeks damages and injunctive relief for

24  Defendants' use of the trademarks, "Mind Power Rx®," and "Prostate Power Rx®," in

25  metatags, and in web addresses (URLs), for the purpose of diverting internet users to the

26  Defendants' webpages and thus to Defendants' products.

27     22. Defendants are able to divert online users to their webpages by using such

28  metatags and web addresses (URLs).  For instance, a web surfer using <u>Yahoo</u> as his search

11

1    engine to search for the trademark, "Mind Power Rx®" receives a webpage containing

2    links to Defendant's webpages.  When this keyword is entered, the search engine processes

3    it through a self-created index of websites to generate a list relating to the entered keyword.

4    Each search engine uses its own algorithm to arrange indexed materials in sequence, so the

5    list of websites that any particular set of keywords will bring up may differ depending on

6    the search engine used.  The search yields not only links related to the PHYSICIAN

7    FORMULAS, but also other links such as Defendants' advertised "informational page,"

8    <<www.mindreference.com/MindPowerRx.html>>.  Defendants' webpage is the first entry

9    in the natural listings.  (EXHIBIT A is a true and correct copy of a Yahoo search results

10   page for "Mind Power Rx®," as of 3/4/2009).

11         23.    Similarly, a web surfer using <u>Google</u> as his search engine to search for the

12   trademark, "Mind Power Rx®" also receives a webpage containing links to Defendant's

13   webpages.   (EXHIBIT B is a true and correct copy of a Google search results page for

14   "Mind Power Rx®," as of 6/11/2008).

15         24.    The user can then click on the link to Defendants' "informational page,"

16   <<www.mindreference.com/MindPowerRx.html>>.  Immediately upon reaching this

17   webpage, the statement, "The file you requested was not found. In 5 seconds you will be

18   redirected to our homepage." is displayed.  However, the user is not redirected to any other

19   webpage, and is invited to read their product reviews.  This webpage does not criticize,

20   critic, or comment on the Mind Power Rx product.  The user is then invited to click on the

21   "Our Number One Recommendation," which promotes the Defendants' Serenity product.

22   (EXHIBIT C is a true and correct copy of the www.mindreference.com webpage, with its

23   recommendation of Defendants' Serenity product, as of 3/4/09).

24         25.    Formally, the link above took a user to a webpage that posted purported

25   unbiased criticism of "Mind Power Rx®", and again, promoted the Defendants' Serenity

26   product.  It is Plaintiff's contention, upon information and belief, that Defendants took

27   down this webpage upon initiation of this lawsuit, and put up the webpage described in

28   Paragraph 18. (EXHIBIT D is a true and correct copy of the www.mindreference.com

12

1   webpage, with its purported unbiased criticism of "Mind Power Rx®," as of 6/11/08.

2       26.     From both the former and current webpages, the user that clicks on the

3   "Our Number One Recommendation" link for Serenity, is then taken to a webpage with

4   purported unbiased analysis of Defendants' Serenity product. (EXHIBIT E is a true and

5   correct copy of the purported unbiased analysis of Defendants' Serenity product, as of

6   3/4/09).

7       27.     The user is then invited to read customer testimonials for Defendants'

8   Serenity product. This takes users to the official Serenity website,

9   <<www.feelserenity.com/testimonials.htm>>, which invites the user to place an order.

10  (EXHIBIT F is a true and correct copy of the www.feelserentiy.com/testimonials.htm,

11  webpage, as of 3/4/09).

12      28.     Finally, the user is taken to a webpage for placing orders. (EXHIBIT G is a

13  true and correct copy of the Serenity order webpage, as of 3/4/09).

14      29.     Similarly, a web surfer using Yahoo as his search engine to search for

15  PHYSICIAN FORMULAS' trademark, "Prostate Power Rx®" receives a webpage

16  containing links to Defendants' webpages. When this keyword is entered, the search

17  engine processes it through a self-created index of websites to generate a list relating to the

18  entered keyword. Each search engine uses its own algorithm to arrange indexed materials

19  in sequence, so the list of websites that any particular set of keywords will bring up may

20  differ depending on the search engine used. The search yields not only links related to the

21  PHYSICIAN FORMULAS, but also other links such as Defendants' advertised

22  "informational page," <<www.themenschoice.com/ProstatePowerRx.html>>. Defendants'

23  webpage is the first entry in the natural listings. (EXHIBIT H is a true and correct copy of

24  a Yahoo search results page for "Prostate Power Rx®," as of 3/4/2009).

25      30.     Similarly, a web surfer using Google as his search engine to search for the

26  trademark, "Prostate Power Rx®" also receives a webpage containing links to Defendant's

27  webpages.  (EXHIBIT I is a true and correct copy of a Google search results page for

28  "Prostate Power Rx®," as of 6/11/2008).

13

1    31.     The user can then click on the link to Defendants' "informational page,"
2    <<www.themenschoice.com/ProstatePowerRx.html>>.  Immediately upon reaching this
3    webpage, the statement, "The file you requested was not found. In 5 seconds you will be
4    redirected to our homepage." is displayed.  However, the user is not redirected to any other
5    webpage, and is invited to read their product reviews.  This webpage does not criticize,
6    critic, or comment on the Prostate Power Rx product.  The user is then invited to click on
7    the "Our Reader's Poll Choice," which promotes the Defendants' Orexis product.
8    (EXHIBIT J is a true and correct copy of the www.themenschoice.com webpage, with its
9    recommendation of Defendants' Orexis product, as of 3/4/09).

10    32.     Formally, the link above took a user to a webpage that posted purported
11    unbiased criticism of "Prostate Power Rx®", and again, promoted the Defendants' Orexis
12    product.  It is Plaintiff's contention, upon information and belief, that Defendants took
13    down this webpage upon initiation of this lawsuit, and put up the webpage described in
14    Paragraph 25. (EXHIBIT K is a true and correct copy of the www.themenschoice.com
15    webpage, with its purported unbiased criticism of "Prostate Power Rx®," as of 6/11/08).

16    33.     From both the former and current webpages, the user that clicks on the "Our
17    Reader's Poll Choice" link for Orexis, is then taken to a webpage with purported unbiased
18    analysis of Defendants' Orexis product.  (EXHIBIT L is a true and correct copy of the
19    purported unbiased analysis of Defendants' Orexis product, as of 3/4/09).

20    34.     The user is then invited to visit the "Official Orexis Website" for
21    Defendants' Orexis product.  This takes users to the official Orexis website,
22    <<www.orexis.com/tmc/>>, which invites the user to place an order.  (EXHIBIT M is a
23    true and correct copy of the www.orexis.com/tmc/, webpage, as of 3/4/09].

24    35.     Finally, the user is taken to a webpage for placing orders.  (EXHIBIT N is a
25    true and correct copy of the Orexis order webpage, as of 3/4/09).

26    36.     To accomplish this trickery, Defendants have, and continue, to use the
27    "Mind Power Rx®" and "Prostate Power Rx®" trademarks as metatags in the source code
28    of their websites, and in their web addresses.  By doing so, Defendants links are placed in

14

1   the natural search listings, and actively create an initial interest confusion amongst the

2   consuming public.

3       37.     Initial interest confusion impermissibly capitalizes on the goodwill

4   associated with a mark by creating initial interest in a competitor's product.  The internet

5   searches, such as those illustrated above, yield promotional links which appear

6   immediately after the user types in PHYSICIAN FORMULAS' marks, "Mind Power Rx®"

7   and "Prostate Power Rx®."  The user then becomes confused regarding the sponsorship of

8   the advertisements.  Because of the user's confusion, the user may click on Defendants'

9   links believing that it will connect them to PHYSICIAN FORMULAS' website,

10  <<www.physicianformulas.com>>.  Even if the user immediately realizes, upon accessing

11  the competitor's website, that he has reached a website wholly unrelated to PHYSICIAN

12  FORMULAS, the damage has been done: Defendants have gained a customer by

13  appropriating the goodwill that PHYSICIAN FORMULAS has developed in its products

14  and marks.

15  **Defendants Use of Untrue and Misleading Advertising to Sell Their Products**

16      38.     California Business & Professions Code §17500 prohibits untrue or

17  misleading advertising that is known, or which reasonably should be known, to be untrue

18  or misleading.

19      39.     Defendants' websites contain weekly misleading "Our Number One

20  Recommendation" surveys, and "This Week's Top Recommendation" surveys, which

21  permanently promote there Serenity product over all others. One of the misleading surveys

22  reads as follows:

23              **"Our Number One Recommendation:**
            Week of: ...
24
            **Serenity®** - The Serenity® Pill is the most advanced
25          non-prescription mood management product we have found and it is
            helping hundreds of thousands of people. What really separates
26          Serenity® from other products is the advanced formula which uses
            the first safe and non-prescription form of Lithium. It is proven to be
27          non-toxic and has no negative side effects. The customers report that
            it is just as effective (or more effective) as their prescriptions and
28          they don't have to suffer from any negative side effects. People are

                                          15

finding that Serenity® helps manage several conditions including: mood swings, stress, nervousness, bi polar, depression, a bad temper, excessive sleeping, insomnia, anxiety, migraines or frequent headaches. The Serenity testimonials are endless, it is impossible to read them all...
Click Here for More on Serenity®"

40.     Defendants' websites contain weekly misleading "Reader's Poll Choice" surveys, and "Customer Testimonial Award" surveys, which permanently promote their Orexis Product over all others.  One of the misleading surveys reads as follows:

**"Our Reader's Poll Choice:**
Week of: ...

**Orexis®** - This exciting product has more testimonials than we have ever seen from real and enthusiastic customers.  Their customers say enough to sell the product alone.  Orexis® is the only non-prescription male sexual enhancement product we have reviewed; that effectively provides both immediate and long term guaranteed results.  Orexis® works in just 45 minutes after consumption.  The long-term benefits provide a permanent increase in erection size, orgasm control and stamina.  What separates Orexis® from other products, is that it uses a patented delivery technology so that the ingredients bypass the stomach acids for immediate results.  The proprietary manufacturing process extracts the natural ingredients 15 times their normal strength.  Now natural ingredients can be as strong as prescriptions with no negative side effects.
Click HERE to Learn More."

41.     The combined scheme of drawing internet traffic to defendants' websites through the use of metatags keyed to others' trademarks, and the untrue, misleading, and false "surveys" illustrated above, amount to unlawful advertising under California law.

**The Individual Principles of Defendant Companies Have Personal Liability For The Torts Committed Under the Lanham Act**

42.     The individuals Andrew Surwilo and Thomas Shipley are personally liable for the acts of their companies because they directly authorized and actively participated in the wrongful and tortuous conduct described above.  Company principles, directors, and officers are personally liable for all torts which he authorizes or directs or in which he participates, notwithstanding that he acted as an agent of the corporation and not on his own behalf.  Officers and directors, cannot hide behind the corporation where they are actual participants in the tort.  It is PHYSICIAN FORMULAS' contention, upon

16

1   information and belief, that Andrew Surwilo and Thomas Shipley, through their various

2   companies, directly authorized and actively participated in the operation of the cross-linked

3   websites, <<www.mindreference.com>>, <<www.feelserenity.com>>,

4   <<www.themenschoice.com>>, and <<www.orexis.com>>, thereby, exposing themselves

5   to personal liability for the wrongful and tortuous acts of their companies.

6                              **CLAIMS FOR RELIEF**

7                                  **COUNT I**

8              **Federal Trademark Infringement, 15 U.S.C. §1114**

9          43.     All of those allegations set forth hereinabove in paragraphs 1 through 42 are

10   incorporated herein by reference as if fully set forth.

11         44.     The foregoing acts of Defendants constitute unlawful infringement of

12   PHYSICIAN FORMULAS' registered "Mind Power Rx®" and "Prostate Power Rx®"

13   marks in violation of the Lanham Act, 15 U.S.C. § 1114.

14         45.     By reason of the foregoing acts of Defendants, PHYSICIAN FORMULAS

15   has sustained, and in the absence of an injunction, will continue to sustain, injury and

16   damages in an amount to be proven at trial.

17         46.     Defendants were placed on notice and given an opportunity to cease

18   infringement.  They did not cease.  As such, infringement is willful and deliberate, and

19   sufficient to justify an award of attorneys' fees.

20                                 **COUNT II**

21   **False Designation of Origin and False Endorsement in Violation of Langham Act, 15**

22                               **U.S.C. §1125(a)**

23         47.     PHYSICIAN FORMULAS repeats and realleges the allegations in

24   paragraphs 1 through 46, inclusive, at though set forth fully herein

25         48.     Defendants' use, and continuing use, in interstate commerce of the "Mind

26   Power Rx®" and "Prostate Power Rx®" marks in connection with Defendants' webpages

27   and products constitutes a violation of 15 U.S.C. §1125(a) in that it creates a false

28   designation of origin as to the goods advertised, distributed, offered for sale and sold by

                                        17

1   Defendants, which is likely to confuse, mislead, or deceive the consuming public and trade

2   by creating the false impression that Defendant's webpages and products advertised,

3   distributed, offered for sale and sold by defendants have been manufactured, approved,

4   sponsored, endorsed or guaranteed by, or are in some way affiliated, connected or

5   associated with, PHYSICIAN FORMULAS.

6       49.    Defendants' use, and continuing use, in interstate commerce of the "Mind

7   Power Rx®" and "Prostate Power Rx®" marks in connection with Defendants' webpages

8   and products also constitutes a false or misleading description or representation in

9   interstate commerce, in violation of 15 U.S.C. §1125(a).

10       50.    As a direct and proximate result of the conduct of Defendants, PHYSICIAN

11   FORMULAS is entitled to damages pursuant to 15 U.S.C. §1117(a) of: (i) Defendants'

12   profits related to Defendants' webpages and products; (ii) any damages sustained by

13   PHYSICIAN FORMULAS as a result of Defendants' conduct, the precise amount of

14   which shall be established by PHYSICIAN FORMULAS at trial; and (iii) the costs of the

15   action herein.

16       51.    PHYSICIAN FORMULAS is informed and believes, and bases thereon

17   alleges, that Defendants have committed the acts alleged above with the willful intent to

18   trade on PHYSICIAN FORMULAS' good will and reputation in the context of products

19   closely associated with PHYSICIAN FORMULAS' core business and products.  As such,

20   this case is exceptional under 15 U.S.C. §1117(a), entitling PHYSICIAN FORMULAS to

21   recovery of its attorney fees and treble damages.

22       52.    Defendants' acts will continue and will cause irreparable injury to

23   PHYSICIAN FORMULAS unless enjoined by this Court.

24   **COUNT III**

25   **Federal Trademark Dilution, 15 U.S.C. §1125(c)**

26       53.    PHYSICIAN FORMULAS repeats and alleges each and every allegation of

27   paragraphs 1 through 52 as if fully set forth herein.

28       54.    The foregoing acts of Defendants – including but not limited to Defendants'

18

1   involvement in selling inferior products claimed to impact mental health and prostate

2   health – are likely to tarnish and injure PHYSICIAN FORMULAS' reputation, impair the

3   effectiveness of the "Mind Power Rx®" and "Prostate Power Rx®" marks, and dilute the

4   distinctive quality of those marks.  The foregoing acts of Defendants constitute an unlawful

5   and intentional dilution under the Federal Anti-Dilution Act, 15 U.S.C. §1125(c).

6       55.     Defendants' acts will continue and will cause irreparable injury to

7   PHYSICIAN FORMULAS unless enjoined by this Court.

8       56.     PHYSICIAN FORMULAS is informed and believes, and bases thereon

9   alleges, that Defendants have committed the acts alleged above with the willful intent to

10  trade on PHYSICIAN FORMULAS' business reputation and to cause dilution of

11  PHYSICIAN FORMULAS' registered marks.

12      57.     As a direct and proximate result of the above-described acts by Defendants,

13  PHYSICIAN FORMULAS has suffered damages in an amount to be proven at trial.

## COUNT IV

## Common Law Trademark infringement

16      58.     PHYSICIAN FORMULAS repeats and alleges each and every allegation of

17  paragraphs 1 through 57 as if fully set forth herein.

18      59.     PHYSICIAN FORMULAS owns common law trademark rights in the

19  "Mind Power Rx®" and "Prostate Power Rx®" marks and in California.

20      60.     PHYSICIAN FORMULAS has invested substantial time and money in

21  developing, advertising, and promoting the "Mind Power Rx®" and "Prostate Power Rx®"

22  marks in the worldwide nutritional supplement industry.

23      61.     Defendants are infringing PHYSICIAN FORMULAS' "Mind Power Rx®"

24  and "Prostate Power Rx®" marks.  The use of the "Mind Power Rx®" and "Prostate Power

25  Rx®" marks in Defendants webpages' metatags and web addresses (URLs) is likely to

26  cause confusion, or to cause mistake, or to cause deception as to the nature, characteristics,

27  qualities, affiliation, connection, or association of Defendants' products and services with

28  PHYSICIAN FORMULAS' "Mind Power Rx®" and "Prostate Power Rx®" products.

19

1    62.    Defendants' acts will continue and will cause irreparable injury to

2  PHYSICIAN FORMULAS unless enjoined by this Court.

3    63.    As a direct and proximate result of the above-described infringing acts by

4  Defendants, PHYSICIAN FORMULAS' has suffered damages in an amount to be proven

5  at trial.

6                              **COUNT V**

7    **Unfair Competition Under California Business and Professions Code §17200**

8    64.    All of those allegations set forth hereinabove in paragraphs 1 through 63 are

9  incorporated herein by reference as if fully set forth.

10    65.    The actions of Defendants, as set forth hereinabove in the promoting,

11  advertising, distributing, and selling of its products, amount to unlawful, unfair and

12  fraudulent business acts and practices that violate the California Business and Professions

13  Code §17200 *et seq.*, which provides in relevant part: "unfair competition shall mean and

14  include any unlawful, unfair or fraudulent business act or practice and unfair, deceptive,

15  untrue or misleading advertising."

16    66.    As the direct and proximate result of Defendants' unfair and deceptive

17  practices, PHYSICIAN FORMULAS has suffered injuries entitling it to recover damages

18  as may be determined by the jury.

19    67.    Defendants' acts will continue and will cause irreparable injury to

20  PHYSICIAN FORMULAS unless enjoined by this Court.

21                              **COUNT VI**

22                   **Common Law Unfair Competition**

23    68.    All of those allegations set forth hereinabove in paragraphs 1 through 67 are

24  incorporated herein by reference as if fully set forth.

25    69.    Defendants' acts as set forth herein, including Defendants' unauthorized use

26  of the "Mind Power Rx®" and "Prostate Power Rx®" marks, are likely to cause confusion,

27  or to cause mistake, or to cause deception as to the nature, characteristics, qualities,

28  affiliation, connection, or association of Defendants' products and services with

20

1   PHYSICIAN FORMULAS' products.  Such conduct undermines the ability of

2   PHYSICIAN FORMULAS' marks to identify its products.

3        70.   As described above, Defendants have misused and infringed PHYSICIAN

4   FORMULAS' Mind Power Rx®" and "Prostate Power Rx®" marks, and engaged in an

5   unfair, unlawful, deceptive, and an illegal course of conduct with the intent to profit from

6   the unauthorized use of PHYSICIAN FORMULAS' marks.

7        71.   Defendants' acts will continue, and will cause irreparable injury to

8   PHYSICIAN FORMULAS unless enjoined by this Court

9        72.   As the direct and proximate result of the above-described acts by

10   Defendants, PHYSICIAN FORMULAS has suffered injuries entitling it to recover

11   damages as may be determined by the jury.

12        73.   Defendants acted with oppression, fraud, and malice in its infringing, and

13   PHYSICIAN FORMULAS is entitled to punitive damages..

**COUNT VII**

**California Anti-Dilution Act, California Business and Professions Code §14330**

16        74.   PHYSICIAN FORMULAS repeats and realleges each and every allegation

17   of paragraphs 1 through 73 as if fully set forth herein.

18        75.   The foregoing acts of Defendants are likely to injure PHYSICIAN

19   FORMULAS' business reputation, impair the effectiveness of PHYSICIAN FORMULAS'

20   Mind Power Rx®" and "Prostate Power Rx®" marks, and dilute the distinctive quality of

21   the Mind Power Rx®" and "Prostate Power Rx®" marks.  The foregoing acts of

22   Defendants constitute an unlawful and intentional dilution in violation of the California

23   Anti-Dilution Act, Cal. Bus. & Prof. Code §14330.

24        76.   Defendants' acts will continue and will cause irreparable injury to

25   PHYSICIAN FORMULAS' unless enjoined by this Court.

**COUNT VIII**

**Exceptional Case, 15 U.S.C. §1117(a)**

28        77.   PHYSICIAN FORMULAS repeats and realleges each and every allegation

21

1  of paragraphs 1 through 76 as if fully set forth herein.

2       78.    Defendants have committed acts and will continue to commit acts that make

3  this case exceptional under 15 U.S.C. §1117(a).  In particular, Defendants' willfully

4  infringing acts make this an exceptional case, meriting the full amount of damages

5  available under the law.

6  **COUNT IX**

7  **False Advertising Under Business & Professions Code §17500**

8       79.    All of those allegations set forth hereinabove in paragraphs 1 through 78 are

9  incorporated herein by reference as if fully set forth.

10       80.    The actions of Defendants, as set forth hereinabove in the promoting,

11  advertising, distributing, and selling of its products on cross-linked websites, amount to

12  false advertising under California Business and Professions Code §17500 *et seq*.

13       81.    The use of disparaging statements about PHYSICIAN FORMULAS'

14  products, as well as weekly company-created "Our Number One Recommendation"

15  surveys, "Reader's Poll Choice" surveys, and "Customer Testimonial Award" surveys

16  found on Defendants' cross-linked websites, which permanently promote their Serenity and

17  Orexis Products over all others, are false and misleading, and members of the public are

18  likely to be deceived.

19       82.    Defendants knew or should have known that they were disseminating

20  misleading advertising, as it is PHYSICIAN FORMULAS' contention, upon information

21  and believe, that the company principles/managers, Andrew Surwilo and Thomas Shipley,

22  authorized or directed the creation of the civil conspiracy described above in an effort to

23  increase their profits.

24       83.    PHYSICIAN FORMULAS has standing to sue under this statute and may

25  file a complaint on behalf of itself, and the general public.

26  **DAMAGES AND REMEDIES**

27      **WHEREFORE**, PHYSICIAN FORMULAS prays for judgment against

28  Defendants, and each of them, jointly and severally, as follows:

22

**On All Counts.**

1.     That Defendants be ordered to account and pay to PHYSICIAN FORMULAS all profits related to Defendants' webpages, and Defendants' products, as permitted by 15 U.S.C. §1117(a), including pre- and post-judgment interest thereon at the maximum rate permitted by law;

2.     For PHYSICIAN FORMULAS' general and compensatory damages, the precise amount of which shall be established at trial, according to proof;

3.     For three times the amount of PHYSICIAN FORMULAS' actual damages, as permitted by 15 U.S.C. §1117(a);

4.     For an award of attorneys' fees pursuant to 15 U.S.C. § 1117(a), as this is an exceptional case, in that Defendants' conduct is malicious, fraudulent, intentional and willful;

5.     That, pursuant to 15 U.S.C. §1114, California Business and Professions Code sections 17200, *et seq.*, and 17500, *et seq.*, and the common law, Defendants, including their agents, servants, employees, officers, attorneys, successors, licensees, partners, and assigns, and all persons acting in concert or participation with each or any of them, temporarily and permanently be enjoined and cease from (i) directly or indirectly infringing, or causing, enabling, facilitating, encouraging, promoting and inducing or participating in the infringement of any of PHYSICIAN FORMULAS' respective trademarks or exclusive rights protected by the Lanham Act, whether now in existence or hereafter created; (ii) using PHYSICIAN FORMULAS' name or marks in metatags, keyword advertising, and web addresses (URLs); (iii) using PHYSICIAN FORMULAS' trademarks, or any other mark or domain name substantially similar thereto, in metatags, keyword advertising, and web addresses (URLs); and (iv) selling any goods or services;

6.     Upon final hearing, that said injunction be made permanent;

7.     That, pursuant to §§17203, 17206, 17207, and 17500 of the California Business and Professions Code, Defendants receive a civil penalty not to exceed two thousand five hundred dollars ($2,500.00) for each violation, for disgorgement of money

23

1  that has been wrongfully obtained, and a total penalty of five thousand dollars ($5,000.00)

2  for each unlawful act;

3        8.     For a declaration that Defendants' conduct willfully infringes PHYSICIAN

4  FORMULAS' trademark, both directly and secondarily;

5        9.     For the costs of the action incurred herein; and

6       10.    For such other and further relief as the Court deems just and proper.

7

8  DATED: March 9, 2009          Respectfully submitted,

9                                CRANDALL, WADE & LOWE

10                                A Professional Corporation

11

12            By _T. Vincent Consolo_____

13                          JAMES A. ROSSI
                        T. VINCENT CONSOLO
                        Attorneys for plaintiff, RAY SAHELIAN

PHYSICIAN FORMULAS' (erroneously sued as PHYSICIANS FORMULAS) ANSWER TO ATLANTIC COAST
MEDIA GROUP LLC'S COUNTER-CLAIM AND PHYSICIAN FORMULAS' CROSS-CLAIMS

**DEMAND FOR JURY TRIAL**

Counter-Defendant/Cross-Claimant, PHYSICIAN FORMULAS hereby demands a jury trial in this action.

DATED: March 9, 2009                Respectfully submitted,

CRANDALL, WADE & LOWE
A Professional Corporation

By ___T. Vincent Consolo___

JAMES A. ROSSI
T. VINCENT CONSOLO
Attorneys for Plaintiff, RAY SAHELIAN

25

**PROOF OF SERVICE**
1013A (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 26010 Mureau Road, Suite 160, Calabasas, California 91302-3130.

On March 9, 2009, I served the foregoing document described as **PHYSICIAN FORMULAS' (erroneously sued as PHYSICIANS FORMULAS) ANSWER TO ATLANTIC COAST MEDIA GROUP LLC'S COUNTER-CLAIM AND PHYSICIAN FORMULAS' CROSS-CLAIMS, in Sahelian v. Orexis, et al.,** on the interested parties in this action by placing the original true copies thereof enclosed in a sealed envelope, addressed as follows:

Paul W. Garrity, Esq.
Pgarrity@KelleyDrye.com
Coleman T. Lechner, Esq.
Clechner@KelleyDrye.com
KELLEY, DRYE & WARREN LLC
101 Park Avenue
New York, NY 10178
212.808.7897 (fax)

Jay R. Ziegler, Esq.
jziegler@buchalter.com
BUCHALTER NEMER
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

[ ] I deposited such envelope(s) in the mail at Calabasas, California, with postage prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Calabasas, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ] By facsimile, I transmitted such documents from Calabasas, California, to the offices of the addressee(s).

[X] By electronic transmission, I delivered such documents from Calabasas, California, to the offices of the addressee(s).

[ ] By personal service, I delivered such envelope(s) by hand to the office(s) of the addressee(s).

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on March 9, 2009, at Calabasas, California.

*T. Vincent Consolo*
T. VINCENT CONSOLO, ESQ.

PHYSICIAN FORMULAS' (erroneously sued as PHYSICIANS FORMULAS) ANSWER TO ATLANTIC COAST MEDIA GROUP LLC'S COUNTER-CLAIM AND PHYSICIAN FORMULAS' CROSS-CLAIMS

# EXHIBIT A

ʊ̃̃oo! | My Yahoo! | Mail                         Welcome, Guest [Sign In]   Help

Web | Images | Video | Local | Shopping | more

"mind power Rx"          **Search**    Options    Customize

1 - 10 of 216,000 for **"mind power Rx"** (About) - 0.32 s |   SearchScan^BETA On

**Also try:** **mind power rx** capsule, **mind power rx** reviews, More...

SPONSOR RESULTS

Read Reviews of **Mind Power Rx** @ Mind Reference
MindReference has reviews & unbiased information for mental health non prescription & prescription
products like **Mind Power Rx**.
www.mindreference.com/MindPowerRx.html

**Mind Power Rx** : by Ray Sahelian, M.D., mind boosting formula
mind power rx ... Click Here to purchase **Mind Power Rx**, Eyesight Rx for better vision, Diet Rx to ...
present in **Mind Power Rx** include cyanocobalamin or ...
www.**raysahelian**.com/mindpowerrx.html - 92k - Cached

   Pregnenolone hormone supplement - honest info: by Ray Sahelian, M.D ...
   **Mind Power Rx**, Passion Rx, Eyesight Rx, Joint Power Rx, Prostate Power Rx and Diet Rx.
   ... **Mind Power Rx** is a sophisticated cognitive formula with a dozen ...
   www.**raysahelian**.com/pregnenolone.html - Cached

**Mind-Power-Rx** supplement mental enhancement herbs, memory pills ...
**Mind Power Rx** mental enhancement formula is a Dietary Supplement with herbs, ... **Mind Power Rx**
mind supplement and memory pill has more than a dozen mental ...
**physicianformulas**.com/store/Scripts/...&name=Mind-Power-Rx - 91k - Cached

**Mind Power Rx** information - benefit of **Mind Power Rx** formula
**Mind Power Rx** for better focus, alertness, concentration, and mood ... Click Here to buy **Mind Power
Rx**, see a full list of the ingredients and dosages, ...
www.**ahcc.name**/mindpowerrx.html - Cached

**Mind Power Rx** information
**Mind Power Rx** helps improve mental alertness and wakefulness along with boosting ... Click Here to
purchase **Mind Power Rx**, Eyesight Rx, Diet Rx, Passion Rx, or to ...
www.**tongkatali.net**/mindpowerrx.html - Cached

**Mind Power Rx** review
**Mind Power Rx** helps improve mental alertness and wakefulness along with boosting ... Is it okay to
take **Mind Power Rx** with antidepressant drugs? ...
www.**tribulusterrestrisextract**.com/mindpowerrx.html - Cached

**Mind Power Rx**, Carnosine, DMAE, 90 Capsules - Physician Formulas
**Mind Power Rx** is formulated by Dr. Ray ... **Mind Power Rx** is a highly evolved brain formula with
some of the best brain ... For more **mind power rx** information ...
www.**clubnatural**.com/mindpower.html - 56k - Cached

5 HTP | HTP 5
CondomElite.com offers **Mind-Power-Rx** in 50 mg Capsules. ... Mental enhancement herbs and
vitamins **Mind Power Rx** Memory Pill and Mind Supplement ...
**condomelite**.com/condomelitestore/index.php?...&sl=EN&currency=usd - Cached

PhyF **Mind Power Rx** at American Nutrition
**Mind Power Rx** helps improve mental alertness and wakefulness along with boosting ... Can I take
**Mind Power Rx** if I am taking an antidepressant like Prozac or an SSRI? ...
www.**americannutrition**.com/store/PhyF1352.html - Cached

SPONSOR RESULTS

Mind Power Rx
Compare Prices and Save at
SHOP.COM.
www.SHOP.com

Dr. Ray Sahelian
Mind-Power-Rx
Free Shipping For Orders Over
$99.
www.fubaohealthstore.com

Mind-Power-RX Cheap
Best Value on Mind-Power-RX.
Find NexTag Sellers' Lowest Price.
www.NexTag.com

Mind Power Rx
Enjoy Savings & Selection On mind
power rx.
www.Shopzilla.com

See your message here...

SPONSOR RESULTS

Mind Power Rx
Compare Prices and Save at SHOP.COM.
www.SHOP.com

Dr. Ray Sahelian Mind-Power-Rx
Free Shipping For Orders Over $99.
www.fubaohealthstore.com

**Also try:** **mind power rx** capsule, **mind power rx** reviews, More...

**1**  2  3  4  5  6  7  8  9  10  11   Next >

# EXHIBIT B

"mind power rx" - Google Search                http://www.google.com/search?hl=en&client=firefox-a&channel=s&...

**Web**    **Images**    **Maps**    **News**    **Shopping**    **Gmail**    more ▼                    Sign in

Google                    _____

                         "mind power rx"                    Search    Advanced Search
                                                                      Preferences

---

**Web**                        Results **41 - 50** of about 23,900 for **"mind power rx"**. (0.15 seconds)

**Mind Power Rx at Amazon**              Sponsored Links              Sponsored Links
Amazon.com/health   Huge Selection at Great Low Prices Vitamins,
Personal Care and More                                **Send a Visual Illusion**
                                                      Send a free visual illusion eCard
**Mind Power Rx sale**                                "Best Visual Illusion of the Year"
www.PhysicianFormulas.com   Improve focus, mental health      www.mindscience.org
Formulated by Dr. Ray Sahelian, M.D
                                                      **Mind Power Rx (90 Caps)**
Mind-Boosters book                                    Improve Mental Stamina and
Eyesight-Rx - $14.95. **Mind-Power-Rx** - $28.95. MultiVit-Rx multivitamin    Alertness We Ship World Wide
- $24.95. Acetyl-l-Carnitine-300 - $13.95. DMAE - $7.95. Fish-Oil-Wild -      www.usalifestyle.net
$8.95 ...
https://physicianformulas.com/store/                  Ultimate Brain Trainer
Scripts/prodview.asp?idproduct=78&name=Mind-Boosters - 61k -   Activate your mind, increase IQ, &
Cached - Similar pages                                build more neural connections now!
                                                      www.GetiMusic.com

**mind power rx** - Nutrition - Find, Compare, and Buy at
DealTime                                              Brain Power
Read **mind power rx** - Nutrition Reviews and Compare **mind power rx** -   Find the right answers about
Nutrition Prices. DealTime helps shoppers find, compare, and buy      brain power
anything in just ...                                  www.Healthline.com
www.dealtime.com/xDN-nutrition-mind_power_rx - 35k -
Cached - Similar pages

     **Mind Power Rx**, 90 Capsules - Find, Compare, and Buy at DealTime
     Read Reviews and Compare Prices on **Mind Power Rx**, 90 Capsules. DealTime helps
     shoppers find, compare, and buy anything in just seconds.
     www.dealtime.com/xPC-**Mind-Power-Rx**-90-Capsules - 24k - Cached - Similar pages
     More results from www.dealtime.com »

**Mind Power Rx**: Price Finder - Calibex
**Mind Power Rx**: Price Finder - Calibex - Find Lowest Prices, Reviews and Store Ratings at
Calibex.
www.calibex.com/**mind-power-rx**/zzcalibex2zB1z0--search-html - 63k -
Cached - Similar pages

**Mind Power Rx** - Mental Health & Wellness Products
**Mind Power Rx** - The product was created by Ray Sahelian and according to the posted
biography online, Sahelian is internationally recognized.
www.mindreference.com/MindPowerRx.html - 105k - Cached - Similar pages

**Mind Power Rx** - Everything you need to know
Learn more about **mind power rx** with a range of useful info from web sites, blogs,
bookmarks, news, answers and more...
www.fisssh.com/**mind-power-rx** - 42k - Cached - Similar pages

Myspace.com Blogs - **Mind Power RX**. - kriangsak MySpace Blog
Read the kriangsak blog on MySpace.com. MySpace Blogs: Search, browse, read & create

you own blog.
blog.myspace.com/index.cfm?fuseaction=blog.
view&friendID=360743223&blogID=370706994&Mytoken=D... - 18k - Cached - Similar pages

## Prostate Power Rx

Additional popular products formulated by Dr. Sahelian include Eyesight Rx, Passion Rx,
**Mind Power Rx**, Joint Power Rx, and Good Night Rx. Good Night Rx is a ...
www.yohimbebark.net/prostatepowerrx.html - 12k - Cached - Similar pages

## Yuwie.com | Kriangsak's Blog

**Mind Power** RX. add to favorites. Natural Supplements that Enhance your mind,memory and
mood. Helps improve mental alertness and wakefulness. ...
ww3.yuwie.com/blog/entry.asp?id=260649&eid=312007 - 25k - Cached - Similar pages

## Dr. Ray Sahelian Physicans Formulas **Mind-Power-Rx** 90 Caps

**Mind Power Rx** is a highly evolved brain formula with some of the most effective brain
nutrients and herbs combined in a special way to provide optimal mind ...
www.cityofzen.com/MindPowerRx.html - 8k - Cached - Similar pages

**Previous**   1   2   3   4   **5**   6   7   8   9   10 11 12 13 14      **Next**

---

"mind power rx"              Search

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Learn more

# EXHIBIT C

Case 2:08-cv-03561-RGK-CT  Document 57  Filed 03/13/09  Page 33 of 86  Page ID #:810

# File Not Found

**CLICK HERE FOR THIS WEEK'S TOP RECOMMENDATION**

## The file you requested was not found. In 5 seconds you will be redirected to our homepage.

We have the widest range of Mental Health product reviews in America. Search for any product you would like to learn more about here:

[                    ]  Search

### Program Reviews

Serenity®

RestAid™

Orexia® Female Pleasure Support

Nuphedrine® -- Burn 500 More Calories per Day

Lithium Carbonate

Xanax®

Ritalin®

Lexapro

NaturaRelief

Seroprin-24™

Sumenta Tablets™

Puritan's Pride® Focus Complex

Synaptol ™

St. John's Wort

ADD / ADHD Formula Tincture

Happiness Support™

Puritan´s Pride Calm Tabs®

Nerve Wise´s 174

Depregon

Rest Assure

TrueCalm

Brain Flex™

Stress Ease

Quietude®

Anxiety Support™

Nature's Way EFA Blend for Children

Hyland's Calms Forte 4 Kids™

Puritans Pride® Super Snooze

Hyland's Headache

**Reviews At a Glance**
To get you started learning about the most popular and effective Mental Health products on the market, here are excerpts from just a few of our many reviews

### ⊛ **Serenity™**

The Serenity® Pill is the most advanced non-prescription mood management product we have found and it is helping hundreds of thousands of people. The customers report that it is just as effective (or more effective) as their prescriptions and they don't have to suffer from any negative side effects.

Chemical Imbalances affect millions of people daily and can lead to MORE

### ⊛ **RestAid™**

We know that there is absolutely nothing worse than having a restless night, followed by a busy day that requires full mental attention. It is simply impossible to remain on top of the game when the only thing that sounds desirable is a nap. Too many people suffer from the effects of sleep deprivation, and unfortunately, this condition can lead to health problems over time, not MORE

### ⊛ **Orexia® Female Pleasure Support**

At some point in their lives, nearly all women go through a period in which sex is not all that they want it to be. Their relationships may be stronger than ever, but external factors such as stress, hormones, and fatigue can often get in the way of an active and exciting sex life. However, the main reason sex becomes less and less frequent between couples is because it is not MORE

Ads by Yahoo!

**Try the Serenity Lithium Pill −...**
Serenity is the first effective form of natural lithium for managing and...
www.feelserenit...

**Read Thousands of Mental Health...**
There is a natural form of lithium for managing and enhancing moods and...
www.sensational...

**Having Trouble Sleeping? Not Any...**
Before resorting to expensive sleeping pills with negative side effects, like...
www.Restalex.com

**Burn 500 More Calories per Day**
NuPhedrine is the only pill that can guarantee you burn 500 more calories per...
www.NuPhedrine.com

**Our Number One Recommendation**
**Week of:** Tue Mar 03rd, 2009

**Serenity®** - The Serenity® Pill is the most advanced non-prescription mood management product we have found and it is helping hundreds of thousands of people. What really separates Serenity® from other products is the advanced formula which uses the first safe and non-prescription form of Lithium. It is proven to be non-toxic and has no negative side effects. The

Mind Reference - www.MindReference.com - Mental Health & Wellness          http://www.mindreference.com/404.php

**Stress Relief**

**This Week's Top Recommendation:**

**Relagen**

**Serenity®**

**Clarocet**

**CALMadvantage®**

**T19 Serotonin Dopamine Liquescence**

**Insomnia Tissue A**

**Miranda Castro's 30c Stress Kit**

**Sleep Support™**

**Anxiety Depression 304**

**Mental Clarity Organic Mushroom Brain Support**

**InSight Natural™**

**Terrific Sleep**

**Omega Mind**

**Tranquility™**

**Anxius™**

**Seredyn®**

**Doctor's Trust Fall Asleep Formula**

**Lexacure™**

**Nervous Tension - Tissue P**

**Nervousness #4 Homeopathy**

**VC 15 Nerve Tonic**

**Mitamins Dr. Balch´s Natural Remedy for Stress**

**1800Homeopathy**

**BioZzz-Alphalactalbumin**

**Eleuthero Plus™**

**Sublingual Melatonin**

**Valerian Nighttime**

**Relora®**

**Depression Support Formula**

**CortiCept RX**

**Paxil CR™**

**Prozac**

**Seroquel®**

**WellButrin XL®**

**Sleepees™**

**Great Night Sleep**

**Rest Quiet**

**Maxi SnoozeTM**

**Herbal Sleep**

**Nerves and Tension Tincture**

**Avea Mood**

**Babuna Sleep**

**Headache Tension Pain Tincture**

**Nerves Formula**

customers report that it is just as effective (or more effective) as their prescriptions and they don't have to suffer from any negative side effects. People are finding that Serenity® helps manage several conditions including: mood swings, stress, nervousness, bi polar, depression, a bad temper, excessive sleeping, insomnia, anxiety, migraines or frequent headaches. The Serenity testimonials are endless, it is impossible to read them all...

Click Here for More on Serenity®

### CLICK HERE FOR THIS WEEK'S TOP RECOMMENDATION

Ads by Yahoo!

**Try the Serenity Lithium Pill – Non Prescription!**
Serenity is the first effective form of natural lithium for managing and enhancing your moods and...
www.feelserenity.com

**Read Thousands of Mental Health Success Stories**
There is a natural form of lithium for managing and enhancing moods and emotions. See what real...
www.sensational.com

**Having Trouble Sleeping? Not Any Longer**
Before resorting to expensive sleeping pills with negative side effects, like Ambien® or other...
www.Restalex.com

**Burn 500 More Calories per Day**
NuPhedrine is the only pill that can guarantee you burn 500 more calories per day. It contains...
www.NuPhedrine.com

This website is not owned or endorsed by, or affiliated with ""
©2006, mindreference.com. All Rights Reserved.

3/4/2009 4:15 PM

# EXHIBIT D

**Mind Power Rx**

**Home**

We have the widest range of Mental Health product reviews in America. Search for any product you would like to learn more about here:

[                    ] Search

**Program Reviews**

# Mind Power Rx

## Review Summary

The product was created by Ray Sahelian and according to the posted biography online, Sahelian is "internationally recognized" and a "popular and well respected physician and medical writer." However, despite these flattering self-accolades, there is little published information available that verify these claims. In fact, it does not appear that Sahelian has received much positive external recognition that supports his supplements. However, we will still take a closer look at this particular product below.

## Ingredients at a Glance

The key ingredients in Mind Power Rx are: Acetyl-l-Carnitine, Carnosine, Choline Bitartrate, DMAE, Trimethylglycine, Tyrosine, Vinpocetine, Vitamin-B12, and Pantothenic acid.

The formula also includes a "proprietary blend" of Ginkgo Biloba leaf extract, Mucuna Pruriens extract, Ashwagandha extract, Bacopa Monniera extract, Gotu-Kola extract, Reishi extract, Ginseng extract, Fo-Ti extract, and Rhodiola extract.

## Ingredients in Focus

L-Tyrosine was discovered by a German chemist in the middle of the 19th century. It is often used for such diverse objectives as weight loss, relief from the symptoms of clinical depression and even Parkinson's disease. Be advised though that L-Tyrosine has not been proven to be beneficial for these conditions. Most experts agree that it is not an effective treatment for clinical depression, narcolepsy or even Attention Deficit Disorder. Claims that tyrosine is helpful in alleviating symptoms of premenstrual syndrome (PMS) and drug withdrawal are largely anecdotal and unconfirmed. There is no evidence that tyrosine has any effect on Alzheimer's or age-related dementia.

Vincamine is an alkaloid derived from the plant Vinca minor. In Japan and Mexico it is often used for the treatment of cerebro-vascular and cognitive disorders. In the United States, it is marketed as a dietary supplement beneficial for increasing cerebral blood flow and metabolism, as an anticonvulsant and antioxidant. Reported adverse reactions include nausea, dizziness, insomnia, drowsiness, dry mouth, and facial flushing for some.

DMAE is a common component in certain pharmaceuticals, as well as in some paint removers. Its positive contribution to memory aids is hotly debated. Additionally it has been posited that it has worked to increase the lifespan on some of the smaller animals on which it has been tested, while others indicate a possible reduction in the lifespan. In our research we read more than once that it is not often recommended.

Rhodiola Rosea, also referred to as Rose Root, is often categorized as an "adaptogen," described as a natural herbal

Sponsored Popular Mood Enhancers

**Try the Serenity Lithium Pill –...**
Serenity is the first effective form of natural lithium for managing and...
www.feelserenit...

**Read Thousands of Mental Health...**
There is a natural form of lithium for managing and enhancing moods and...
www.sensational...

**Having Trouble Sleeping? Not Any...**
Before resorting to expensive sleeping pills with negative side effects, like...
www.restalex.com

**Burn 500 More Calories per Day**
NuPhedrine is the only pill that can guarantee you burn 500 more calories per...
www.NuPhedrine.com

Serenity®

RestAid™

Orexia® Female Pleasure Support

Nuphedrine® -- Burn 500 More Calories per Day

Looking Trim – Sleep Exhaustion Recovery

Lithium Carbonate

Xanax®

Ritalin®

Lexapro

NaturaRelief

Seroprin-24™

Sumenta Tablets™

Puritan's Pride® Focus Complex

Synaptol ™

St. John's Wort

ADD / ADHD Formula Tincture

Happiness Support™

Puritan´s Pride Calm Tabs®

Nerve Wise´s 174

Depregon

Rest Assure

TrueCalm

Brain Flex™

Stress Ease

Quietude®

Anxiety Support™

Nature's Way EFA Blend for Children

Hyland's Calms Forte 4 Kids™

Puritans Pride® Super Snooze

Hyland's Headache

Stress Relief

Relagen

Clarocet

CALMadvantage®

T19 Serotonin Dopamine Liquescence

Insomnia Tissue A

Miranda Castro's 30c Stress Kit

Sleep Support™

formula that helps boost the body's resistance to stress of all kinds. It is credited with improving mental state, boosting immunity, and encouraging normal activity in the adrenal glands as well as the cardiovascular system. It has been popular in Russia for several centuries. Some studies suggest that Rhodiola Rosea may be helpful for improving mood and alleviating depression. In Russia, proponents claim that it boosts athletic and cognitive performance and alleviates feelings of fatigue. One study showed that a group of participants who took Rhodiola experienced a significant improvement in proofreading skills over those of a control group.

## ❷ Website

Ray Sahelian does post a basic accessible website, though, it is fairly low in function and only organized by a few links. We were disappointed that the site does not post any testimonials from past users of Sahelian's products. Considering the number of negative reviews that we came across for his books elsewhere, we can only conclude that since none were posted at time of review, Sahelian may yet to receive enough positive ones to share.

Be advised, there is a separate website that sells his supplements. We found it interesting that on this site almost every single product was drastically reduced in price. Regardless of the reason, it does make us curious of the consistency, formulation and value of these products.

## ❷ Positives

• Mind Power Rx does not contain artificial flavors or preservatives, according to the manufacturer's website
• Dr. Ray sells lots of products, many of which are focused on male sexual enhancement

## ❷ Negatives

• Does not contain the most effective ingredients available
• This product may be "currently unavailable" as was at time of review
• Company does not post customer testimonials and the argument that the "Doctor" makes to support this omission, is curious
• In our opinion, there are better products on the market

## ❷ Final Thoughts

Consumers most likely understand at this point that the man who sells this product is attempting to create a pervasive presence for himself online. A search for many herbal products or ingredients will uncover this handiwork; be advised his core interest seems to be in male sexual enhancement products.

Many users, dissatisfied and disenchanted with the false promises of many so-called dietary supplements, have responded to and reported on the natural, mineral form of lithium. Lithium Orotate is intended for persons who suffer from anxiety or mild to moderate depression. This natural mineral remedy is receiving much praise online.

Our Reader's Poll Top Choice:

Week of: Tue Jun 10th, 2008

Anxiety Depression 304

**Mental Clarity Organic Mushroom Brain Support**

**InSight Natural™**

**Terrific Sleep**

**Omega Mind**

**Tranquility™**

**Anxius™**

**Seredyn®**

**Doctor's Trust Fall Asleep Formula**

**Lexacure™**

**Nervous Tension - Tissue P**

**Nervousness #4 Homeopathy**

**VC 15 Nerve Tonic**

**Mitamins Dr. Balch´s Natural Remedy for Stress**

**1800Homeopathy**

**BioZzz-Alphalactalbumin**

**Eleuthero Plus™**

**Sublingual Melatonin**

**Valerian Nighttime**

**Relora®**

**Depression Support Formula**

**CortiCept RX**

**Paxil CR™**

**Prozac**

**Seroquel®**

**WellButrin XL®**

**Sleepees™**

**Great Night Sleep**

**Rest Quiet**

**Maxi SnoozeTM**

**Herbal Sleep**

**Nerves and Tension Tincture**

**Avea Mood**

**Babuna Sleep**

**Headache Tension Pain Tincture**

**Nerves Formula**

**Puritan´s Pride® Valerian Root**

**Phosphatidylserine**

**Nux Vomica or Poison Nut**

**Serenity®:** Serenity® - The Serenity® Pill is the most advanced non-prescription mood management product we have found and it is helping hundreds of thousands of people. What really separates Serenity® from other products is the advanced formula which uses the first safe and non-prescription form of Lithium. It is proven to be non-toxic and has no negative side effects. The customers report that it is just as effective (or more effective) as their prescriptions and they don't have to suffer from any negative side effects. People are finding that Serenity® helps manage several conditions including: mood swings, stress, nervousness, bi polar, depression, a bad temper, excessive sleeping, insomnia, anxiety, migraines or frequent headaches. The Serenity testimonials are endless, it is impossible to read them all...

Click Here for More on Serenity®

Sponsored Popular Mood Enhancers

**Try the Serenity Lithium Pill – Non Prescription!**
Serenity is the first effective form of natural lithium for managing and enhancing your moods and...
www.feelserenity.com

**Read Thousands of Mental Health Success Stories**
There is a natural form of lithium for managing and enhancing moods and emotions. See what real...
www.sensational.com

**Having Trouble Sleeping? Not Any Longer**
Before resorting to expensive sleeping pills with negative side effects, like Ambien® or other...
www.restalex.com

**Burn 500 More Calories per Day**
NuPhedrine is the only pill that can guarantee you burn 500 more calories per day. It contains...
www.NuPhedrine.com

# EXHIBIT E

**Serenity®**

## Serenity®

We have the widest range of Mental Health product reviews in America. Search for any product you would like to learn more about here:

[_____] Search

**Program Reviews**

Serenity®

RestAid™

Orexia® Female Pleasure Support

Nuphedrine® -- Burn 500 More Calories per Day

Lithium Carbonate

Xanax®

Ritalin®

Lexapro

NaturaRelief

Seroprin-24™

Sumenta Tablets™

Puritan's Pride® Focus Complex

Synaptol ™

St. John's Wort

ADD / ADHD Formula Tincture

Happiness Support™

Puritan´s Pride Calm Tabs®

Nerve Wise´s 174

Depregon

Rest Assure

TrueCalm

Brain Flex™

Stress Ease

Quietude®

Anxiety Support™

Nature's Way EFA Blend for Children

Hyland's Calms Forte 4 Kids™

Puritans Pride® Super Snooze

Hyland's Headache

### ☮ Review Summary

The Serenity® Pill is the most advanced non-prescription mood management product we have found and it is helping hundreds of thousands of people. The customers report that it is just as effective (or more effective) as their prescriptions and they don't have to suffer from any negative side effects.

Chemical Imbalances affect millions of people daily and can lead to several conditions including; mood swings, stress, nervousness, bi polar, depression, a bad temper, excessive sleeping, insomnia, unexplainable outbursts, uncontrollable crying, sadness or frequent headaches. The Serenity customers are having huge success with all of these various conditions and more...

There are now literally hundreds of prescription and non-prescription mood management products on the market. It's easy to become overwhelmed by all of the different choices. What really separates Serenity® from other products is the advanced formula which uses the first safe and non-prescription form of Lithium, combined with a patented main ingredient, and a manufacturing process that ensures the Lithium is delivered perfectly to the brain with no toxicity or negative side effects.

The Serenity Testimonials are endless, it is impossible to read them all. The customers say enough to show that this product is scientifically advanced. We recommend checking out the different things customers report about how Serenity® helped them with their Mood Swings, Stress, Sadness, Anxiety and much more...Click Here To Read a Testimonials Press Release About Serenity

### ☮ The Serenity® Ingredients

Serenity® is the original mood management formula developed by world-renowned, Doctor; Hans Nieper of Germany.

Serenity uses real lithium in its natural form to help fight chemical balances and long-term. This form of Lithium remains in its natural mineral state and has not been processed into the toxic chemical form of Lithium found in many prescriptions.

What separates Serenity® from any other products is that the natural Lithium is combined with Dr. Nieper's Patented Mineral Carrier, 'Orotate'. Serenity is also manufactured using Dr. Nieper's patented process called 'Micro Vortex Interic Coating'.

**Orotate** is a carrier that transports the natural Lithium exactly where it needs to be delivered in the brain to solve chemical imbalances that cause things like: mood swings, stress, nervousness, a bad temper, excessive sleeping, insomnia, unexplainable outbursts, uncontrollable crying, sadness or frequent headaches.

The amount of natural lithium found in Serenity® is only 4.6mgs per tablet. Therefore, toxic levels of Lithium are not an associated problem with Serenity®. The reason it is still so effective is because the Orotate only delivers the Lithium where it is needed....the brain and thee is no excess Lithium left in the body.

**Micro   Vortex   Enteric   Coating** –   this   patented

Sponsored Popular
Mood Enhancers

**Try the Serenity Lithium Pill –...**
Serenity is the first effective form of natural lithium for managing and...
www.feelserenit...

**Read Thousands of Mental Health...**
There is a natural form of lithium for managing and enhancing moods and...
www.sensational...

**Having Trouble Sleeping? Not Any...**
Before resorting to expensive sleeping pills with negative side effects, like...
www.Restalex.com

**Burn 500 More Calories per Day**
NuPhedrine is the only pill that can guarantee you burn 500 more calories per...
www.NuPhedrine.com

**Stress Relief**

**Relagen**

**Clarocet**

**CALMadvantage®**

**T19 Serotonin Dopamine Liquescence**

**Insomnia Tissue A**

**Miranda Castro's 30c Stress Kit**

**Sleep Support™**

**Anxiety Depression 304**

**Mental Clarity Organic Mushroom Brain Support**

**InSight Natural™**

**Terrific Sleep**

**Omega Mind**

**Tranquility™**

**Anxius™**

**Seredyn®**

**Doctor's Trust Fall Asleep Formula**

**Lexacure™**

**Nervous Tension - Tissue P**

**Nervousness #4 Homeopathy**

**VC 15 Nerve Tonic**

**Mitamins Dr. Balch´s Natural Remedy for Stress**

**1800Homeopathy**

**BioZzz–Alphalactalbumin**

**Eleuthero Plus™**

**Sublingual Melatonin**

**Valerian Nighttime**

**Relora®**

**Depression Support Formula**

**CortiCept RX**

**Paxil CR™**

**Prozac**

**Seroquel®**

**WellButrin XL®**

**Sleepees™**

**Great Night Sleep**

**Rest Quiet**

**Maxi SnoozeTM**

**Herbal Sleep**

**Nerves and Tension Tincture**

**Avea Mood**

**Babuna Sleep**

**Headache Tension Pain Tincture**

**Nerves Formula**

manufacturing technique developed by Dr. Neiper makes the transport of the Lithium & Orotate possible. This is an advanced process, by which both the outside of the tablet and every granule within the tablet are coated. The process entails the granules being blown up in a vacuum and coated while in the air. The purpose is to insure that the active ingredients are not dissolved in stomach acids prematurely instead of being assimilated where needed...in the brain. The technology is on a completely different level than any other non-prescription product we have seen on the market.

### The Serenity® Website:

The Serenity® website has more testimonials than we have ever seen from what are obviously real and enthusiastic customers. Their customers say enough to sell the product alone. We suggest checking out their testimonials page. Click here to read what Serenity customers have to say.

In addition to their informative website, we recently contacted the staff at Urban Nutrition Inc., makers of Serenity® and found their Customer Care Staff to be both helpful and informative. We were pleased to find out, that the makers of Serenity® have been in business for nearly a decade and that Serenity® was developed by Dr. Hans Nieper of Germany, nearly 45 years ago. Dr. Nieper is the man who originally discovered and patented Orotates. The makers of Serenity® are proud to have the exclusive rights to Dr. Nieper's formulation.

Serenity® is the only non-prescription alternative approved by the German Health Authority, (FDA Equivalent), as an effective solution for mood imbalances. The cumulative results are reported to continue with daily use. Although everyone is different, most customers see results from Serenity® very quickly, usually within 1-3 weeks and some within just a couple of days.

The makers of Serenity® offer a free 30-day trial so you can try it before purchasing....this makes it a no-lose situation.

### The Pros of Serenity

- Non-Prescription
- Starts to work in as little as 1-3 weeks
- No Negative Side Effects
- Endless testimonials from real customers
- Replaces many people's prescriptions so they can leave behind the negative aspects associated with pharmaceuticals
- A proven formula that has been around for 40 years+
- Developed by a World-Renowned Doctor
- They Offer a Free 30-Day supply so you can try it before purchasing

### The Cons of Serenity

- Not available in stores and can only be purchased on the official Serenity® website.

### Conclusion

What really separates Serenity® from other products is the fact that it uses real, but Natural Lithium...which is proven to solve chemical imbalances. Both the patented Orotate and Micro Vortex Interic Coating manufacturing process developed by Dr. Nieper are very scientifically advanced for a non-prescription pill. The Serenity® Testimonials are endless, it is impossible to read them all. The customers say enough to show the product works wonders on many types of problems. The staff at Serenity® are very helpful and friendly. Serenity® works in 1-3 weeks and comes with a 30-day money-back guarantee. It a no-lose situation for anyone interested in trying it.

We suggest checking out their testimonials page before purchasing.....it says it all. Click here to read what Serenity customers have to say.

**Our Reader's Poll Top Choice:**

**Week of:** Tue Mar 03rd, 2009

**Serenity®:** Serenity® - The Serenity® Pill is the most advanced non-prescription mood management product we have found and it is helping hundreds of thousands of people. What really separates Serenity® from other products is the advanced formula which uses the first safe and non-prescription form of Lithium. It is proven to be non-toxic and has no negative side effects. The customers report that it is just as effective (or more effective) as their prescriptions and they don't have to suffer from any negative side effects. People are finding that Serenity® helps manage several conditions including: mood swings, stress, nervousness, bi polar, depression, a bad temper, excessive sleeping, insomnia, anxiety, migraines or frequent headaches. The Serenity testimonials are endless, it is impossible to read them all...

Click Here for More on Serenity®

Sponsored Popular Mood Enhancers

**Try the Serenity Lithium Pill – Non Prescription!**
Serenity is the first effective form of natural lithium for managing and enhancing your moods and...
www.feelserenity.com

**Read Thousands of Mental Health Success Stories**
There is a natural form of lithium for managing and enhancing moods and emotions. See what real...
www.sensational.com

**Having Trouble Sleeping? Not Any Longer**
Before resorting to expensive sleeping pills with negative side effects, like Ambien® or other...
www.Restalex.com

**Burn 500 More Calories per Day**
NuPhedrine is the only pill that can guarantee you burn 500 more calories per day. It contains...
www.NuPhedrine.com

This website is not owned or endorsed by, or affiliated with "Serenity®".
©2006, mindreference.com. All Rights Reserved.

# EXHIBIT F



## Customer Testimonials

Serenity™ Changes Lives for the Better Every Day.

### The bottom line is, we don't need to say more about Serenity™...
# OUR CUSTOMERS DO IT ALL FOR US!


**CLICK HERE FOR DETAILS!**

Dear Friend,
It is so rewarding to work with a product like Serenity. I love seeing how it truly changes peoples' lives for the better. On a daily basis I hear from numerous customers who are so thankful to have found this product. I could not ask for a more fulfilling job. I would like to share with you some of the real testimonials that we receive every day.

**Sincerely,**
**Serenity Customer Care Director**

"I've tried many prescription drugs and other non prescription medicines only to be disappointed. I had almost given up searching until I found Serenity. Now I finally have a normal life and I feel great every day." **Andrew S.**

"I would love to start off by saying that Serenity is just that, serenity. This product single-handedly in a short time of almost 2 months has provided me with undying optimism and as God as my witness has lifted my minor depression completely. I feel on more of an even keel and balanced than I have in ages. All I can say is your product, Serenity is a wonderful technological advance and a blessing wrapped into a simple little pill. Keep up the good work Urban Nutrition, you guys rock." **Jared E.**

"I...was having trouble controlling my mood swings until I started ordering Serenity 3 years ago. I started noticing a difference in my mood within one week of taking it. Not only does this product help in controlling my mood swings but my PMS symptoms are not nearly as bad. My life has definitely changed for the better. I am definitely grateful for Serenity!" **Angela R. T.**

"My husband has had MS for 31 years, and one of the symptoms that goes along with any chronic disease is depression. He had tried almost every drug that was on the market, none of which worked, and finally asked his physician about my Serenity! It works for him, and now in spite of problems with the MS, he is on an even keel with the depression." **Mary Beth K.**

"Serenity has been a wonderful change to my once troubled world...I do not have the roller coaster rides from one extreme to another with running full throttle or having zero energy. I found my sleep pattern is now a regular and solid eight hour night, which is a first since my school days. I recently decided to stop taking your product and I found it had become part of my life. This is one product I will never be without because it keeps my depression from returning due to my previous drinking days. I found my cravings no longer endure with this fabulous product. I'm very thankful and blessed to have found your product one night surfing the Internet." **Carole J. R.**

"After using Serenity for two weeks now, I am amazed at how I ever lived without it. I was recently diagnosed with clinical depression and had a bad experience with antidepressants. I was determined to find a natural alternative. Serenity is the answer that so many of us have been searching for. I wish I could do a commercial for it, that's how much it has changed the way I feel. I face my day and the situations that I encounter with a totally different outlook. I laugh and smile much more easily. Thank you, Urban Nutrition, for carrying such a fine product!" **Linda W.**

"I am using Serenity and find it to be extremely helpful with maintaining a calm level headed attitude. I have a much better outlook, do not have difficulty sleeping...feel really calm and SECURE. GREAT PRODUCT! I recommend it highly and have been recommending it to family and friends...I am a registered nurse...I have great difficulty at intervals with loss of sleep...my psychiatrist told me...I had...difficulty with stress...that I got too many irons in the fire and then stopped coping. Your product has really been a GODSEND to me...Thanks again for a wonderful product that really WORKS!!! God Bless." **Dawn A.**

"Serenity is the best mood balancing therapy I've ever tried... I'm going on my third week of using it and I can see the changes it has made in my life already...it seems like I feel better and better every day! I can feel my old self emerging again and I am becoming more confident and more in control. I find myself thinking more before I speak and not letting work and daily tasks overwhelm me. I am currently planning a birthday party for my mother and I feel completely in control...thanks to Serenity I have been able to plan tasks for every day leading up to the party and follow through with everything I set out to do...I am also feeling better about achieving my future goals and for the first time in a very long time, I am looking

**Send Info to a Friend**    ›››
We invite you to send information about Serenity to a friend or loved one:

**Friend's Email Address:**

**Your Name:**

Submit

**Receive Product Info**    ›››
To receive information on all of our quality products, enter your email address:

Submit

**See What People are Saying About Serenity...**    ›››
Sensational.com says that Serenity is the most advanced non-prescription mood stabilizer and enhancer available.

forward to life...Thanks so much for this product. Now I can concentrate on getting healthy: eating right, exercising, and getting my life back.
Thank You Urban Nutrition!" **Tamyra B. Philadephia PA.**

"I have been using Serenity for approximately a year and I find the product really does work. I read many of the testimonials from people who had been using the product and ordered it for myself to see if it would help me with those emotional...times I was experiencing during the month...It has helped...immensely...to maintain a more emotional balance in my life. I will continue using Serenity." **Mary C.**

"Before...taking Serenity I was having serious problems...and now I really believe in Serenity. It has...changed my life...
from being depressed all the time to being happy again...Now I can even sleep... like normal and my mood swings are under control. Serenity is great product! Thank you so much...this product has put me in control...and I will always be a customer. Thanks Again!" **Sue B.**

"I discovered Serenity a few years ago, after having little or no success with pharmaceutical drugs... in frustration I searched the internet for homeopathic treatment options, and found Serenity. I took the research...to my general practitioner...and he said it was worth a try. It's been wonderful! My emotions stay on a normal continuum, and I love not worrying about side effects. My husband is very pleased with the results - we haven't had an argument caused by my mood disorder since I started... Serenity has my highest recommendation." **Hannah V.**

"You folks are wonderful. I have been taking Serenity for a few months now and what a difference in my life. I was diagnosed...24 years ago...After a couple of years my Thyroid became unstable...and I then was prescribed medication for that. Then about six months ago...I was told my kidneys were out of tolerance for toxins... I got on the Internet, found you folks, read the testimonials, tried the recommended dosage...Have felt better than I have in years, can handle just about anything without depression...my kidneys are back to normal. Can't thank you folks enough for being there when I needed you." **Jim B.**

"I just wanted to thank you. I have been taking your product for about a year now. I feel great and my mood disorder is well under control." **Karen T.**

"To anyone who would like to improve their "Health Style": I am in my 60's and thanks to Urban-Nutrition's Natural Products I have been able to improve my overall lifestyle dramatically...My list includes "Longevity Now", "My Daily Dose", "Orexis" and my wife uses "Serenity Now". Urban-Nutrition's claims that their products work...is not an overstatement! My general overall health started improving as soon as I started taking their products... In regards to "Orexis" - it has rekindled the old spark in my wife's and my intimate life! Urban-Nutrition's products have eliminated body aches, established regularity, increased stress and have resulted in an overall improvement in our whole lifestyle! We highly recommend Urban-Nutrition as your source to a better lifestyle." **Darrell S.**

"I have been using Serenity for nearly 6 months now and have been completely happy with the results since the first month of trying it. I am recovering from substance abuse...and have some really bad mood swings...I suffered great highs and lows as my brain was trying to get back to a normal state, but now I have found a sense of balance that I was seeking without the side effects...It gives me a kind of "peace" that I thought I would be lucky to ever find and being in recovery I completely love the fact that it is non-addictive or habit forming and if there are days I don't take it, I don't crash...It is a wonderful product that I find myself very lucky to have found and recommend it to others I know who are going through the same things." **-Tina K.**

"When I heard about Serenity, I thought it was worth a trial, and found out that taking these tablets over the past three months has certainly given me an improved quality of life. I have been surprised with the results to date, my work has become easier, I hope the improvement is maintained, and whilst it does I will continue to take these tablets." **-Karen T.**

"I tried your product because of my Partner. He was full of anxiety and could not sleep; he would blow up for no reason. We had recently acquired several more businesses and the stress was too much for him, so I asked him to try your product. It helped tremendously. He can sleep all night. He can deal with every day problems in a more calm and productive way. Every day situations do not stress him out anymore... With Your product there are no side effects. We recommend your product to all our friends in similar circumstances." **-Stacey A.**

"Since starting on Serenity Now my level of anxiety has decreased...I can "handle" all the things I must accomplish in my day to day life. It has made my life more enjoyable,...I no longer carry...worry and stress while doing all my tasks...I relax and know that everything will get done, and if it doesn't it's not the end of the world. Thank you Urban Nutrition for Serenity Now!" **-Amy M.**

"I have just started your product and let me say what a difference I see already... so thank you! I love this product and will continue to take it forever if I can...I have only been on this for a week or so and am LOVING it. Thank you so very much!" **-Ronna K.**

"I've been using your product for about 5 weeks now. I can't believe the difference....I'm a new person. I suffered from PMS lows every month. It was so bad that I had to mark my calendar to remind myself not to be irrational. This helped my family and friends but I was still suffering. Since taking Serenity I don't have the emotional breakdowns, uncontrollable crying or severe mood swings. Bottom line, your product works. I'm a registered nurse and I had my doubts when ordering but I'm so glad that I did. Thank you." **-Yvette V.**

"I was writing to thank you for your product. I've been taking Serenity for two months now... I've seen such a drastic difference in my moods. I have been thrilled and so has my family. I decided to try it after being told...that I should try...to control my drastic mood swings, anger, depression and PMS symptoms ( just awful ones!)... I did...try the herbal route which I still follow to some extent. But, even after two years...I still was getting some severe...effects and my family life was suffering. I started taking Serenity and saw huge and lasting results within two weeks. I do feel more calm and my thoughts feel more manageable. I have not had any outbursts or tirades, which is truly rare for me. I highly recommend trying this product! It can change your life." **-Pricilla W.**

"I just celebrated my 50th birthday and I feel better than ever, thanks to Serenity...I had little faith in Serenity when I first began taking the supplements, but before long I began to notice a significant difference in how I felt. The mood swings subsided, I felt energized, and was able to take control of my life again! I changed careers and enrolled in college on line, working towards a degree in business management. I am so glad I finally found Serenity, because each day truly does matter!" **-Patti V.**

"I thought I had a good life until after 10 years of marriage, my wife informed me that I was a jerk. She packed up and left and took the kids with her. Nine months later I came to the conclusion that I needed medication after seeing a medical doctor...That lasted one week, during which my forgiving wife and I had great laughs at the brain clogging side affects which I suffered. At this time I discovered your product through research on the internet. I'm happy to say that after about three years on Serenity we're a happy family and we've never been better. My wife can spot a Serenity candidate from a mile away and we're always sharing our story as the Lord leads." **-Michael C. R.**

"I just wanted to thank you for this great product. It has been a true help in enjoying every day and helped fight stress very effectively. Thank you again!" **-Michel R.**

"I was skeptical about Find Serenity Now but decided with the free trial I had nothing to lose. After taking it for a week, I did notice a change. I seemed more relaxed about stressful issues and my headaches went away, as a mater of fact I don't think I have had a headache since starting this. I am self employed and every week is a roller coaster and my moods went on the ride with my work, now things seem very smooth." **-Richard B.**

"I Want to Shout for Joy from the Rooftops for finding your product!! I can't thank you enough for this marvelous product Serenity - it was truly sent by God. My husband has a genetic chemical imbalance which causes him to be angry, irritable, critical, and mean even to the point that his face distorts, and he rarely ever smiled. Our 32 year marriage has been extremely difficult because of it... I told him that he had better pray that we find something natural to help him because there was no way I would live in the same house with him any longer if he did not have his meanness under control. It is almost 2 weeks since he started taking Serenity and I am in "Shock and Awe" at how lighthearted and good he is feeling, how well he now sleeps, how loving and outgoing he is. If only we had known about Serenity years ago, how different our lives would have been. Please continue to advertise so others suffering the way he did will finally find relief. I will tell everyone as well"**-GB.**

"I purchased this product for my husband...he prefers not to seek treatment... It's amazing how this product improved his mood - he noticed a difference within a few weeks of beginning to take Serenity..." **-Stephanie G.**

"Serenity is Good! I feel like I have finally climbed from out of the crypt. 38 years of adulthood, feeling like crap...and now, Serenity...Thanks!" **Trudi L**

"I've been using Serenity for over a year now and it's the best... I spent years trying different meds with only partial relief... I love Serenity!" **-Angela R.**

"I was in great tribulation mentally and when I found that your [natural] Lithium was a God made source from the ground, I decided to try it. Glad I did." **-Christopher R.**

"Since I've been taking Serenity, my abrupt mood swings have been dramatically reduced. My days have a smoother, even flow to them. When I experience difficulties, I don't react as emotionally as I once did." **-Leo C.**

"I really didn't think the Serenity was doing anything but a placebo affect for me so I didn't order any more after using it for about two months. Within a week I was an emotional freak show, and my co-workers, my family and I knew this stuff works (I promptly ordered more)." **-Toni F.**

"Serenity has helped through the most difficult time of my life (divorce, custody, reconciliation, financial difficulties and studying). I would not have made it through without Serenity. I am no longer angry or reactive to others around me. I have tried a couple of times to go without Serenity but I always re-order it because it really helps me. Thank you so much for Serenity." **-Linda S.**

"You guys were right. Your product is the best. Within 3 weeks I felt fine. Thanks!" **-Paul K.**

"Thank you Serenity. I have been taking Serenity for a few weeks, and I feel like a new person. I am happy. I feel good on the inside. Just happy and full of life. Nothing really bothers me like it used to, now that I have found Serenity. I am 41 and I feel better than I have felt in years! THANK YOU SO MUCH FOR MAKING ME HAPPY!" **-Beverly N.**

CLICK HERE TO ORDER NOW! OR CLICK HERE TO LEARN MORE!

"I would like to thank you for the Serenity product... Serenity has helped me find a calmness and focus...Thank you for your excellent customer service. It is nice to find an autoship program that takes its patrons as importantly as Urban Nutrition does. Also, the lady I spoke with today (don't recall her name) was friendly, professional, and very helpful. You've won my loyalty! " -**Frances**

"I have been using Serenity for a while now and think it really helps me as over the last couple of years I've had so many family crises' to contend with.... Thanks so much!" **-Pam**

"Hello, I just wanted to tell you that I believe in your products. I was at my wits end and feeling the downs of life. I ordered your Serenity and just when I was facing another bad day, your product was in my mail box. It might sound silly, but my family and I noticed a difference in me the second day of taking it...I'm now also taking your MiracleBurn and I can tell that this product will be as wonderful as my first product from you. Again, thank you." **-Debbie**

"I have been taking Serenity for about a year now and cannot imagine life without it...and have been balanced and happy since I discovered the wonder of Serenity! Never ever go away Urban Nutrition cause I love you and your product, it is literally the difference between life and death to me." **-Lola**

"I have used serenity for over 7 months and I was really pleased with the results. My mood was enhanced on days that I usually would be feeling lousy. I have greatly improved since taking Serenity. It has brought me through some difficult periods of my life. I have grown and stabilized myself since using the product. Thank you for your help. Your product is out of sight." **Charles**

"After a divorce and getting laid off twice in 5 years, my emotions were a constant roller-coaster. I was always depressed, grouchy and unhappy. The smallest thing could set me off, I felt like I was losing control of my life. After doing some research I placed my order just before Christmas, now mid January I feel like I am in control of my emotions. I'm back to my fun loving self and very happy again. Even my new husband said, 'This is the person I fell in love with – Don't let that other person come back. She wasn't very nice. Thank you so much." **Jo Ann, Boise, Idaho**

"I just wanted to tell you that Serenity has changed everything for me...I've been completely stable and feel "normal". Thank God that this is available. I was beginning to think I'd never feel normal again. I just wanted you to know." -Angi
"Please know that I am very thankful for your product. I have been taking Serenity for about 3 weeks and I have never felt this good for this amount of time. I used to have so many mood swings that I felt like I didn't even know myself. No one could count on how I was going to be. One minute angry and very irritable and the next happy and up... What a mess! Thank you for your product and for what you have done to help me..." **Cindy, Plymouth, PA**

"I have taken Serenity for just two weeks, and the change in me is amazing...I could not think, work or function. I am now multi-tasking again and feel great, want to get up early and get started! Thank God for Serenity. I just had some sent to a good friend." **Sarah, Kennett, MO**

"I have to tell you that this is a wonderful product and has made a dramatic difference in my life. I can now maintain a level head and stay the person I want to be all the time." **Sheila, Austin, Texas**

"My emotions...are just a rollercoaster. I yell at my husband when he didn't do anything wrong. I start to cry for no reason at all and I crave foods that are so fattening. Serenity has been a life saver. It is awesome. My husband reminds me to take it all the time. He likes Serenity as much as I do." **Annie, Phoenix, AZ**

"I just wanted to thank you so much for this product that has helped me tremendously with my crazy mood swings that caused ongoing problems. I feel like life was given back to me again. Thank you so much." **Eugenia N.**

"I have been using your product for 1 year and 2 months now...Thank God you emailed me an advertisement 2 years ago. Your product is far superior. I have a much better life now. Thanks to your product I can keep my full time job of 13 years...if I ever ran out, I would be in trouble." **Sincerely, Sharon M.**

"I've been taking Serenity for only 3 days and can already feel a big difference in my moods. It takes the edge off and brings with it a peaceful feeling...this is a miracle! Thanks so much!" **Gail in NC**

"Before I ordered Serenity I was going through every symptom listed in your ad. NO JOKE! I felt like I was going to explode and knew my marriage would not survive everything I was going through... this ad for Serenity came through on my e-mail. That ad changed my life! Figuring that I was an extreme case, I started with 3 pills every morning. About a week later I started noticing that I was happier and the small things that used to get me fighting mad didn't really bother me at all...the most important thing is that my family doesn't have to tiptoe around my mood swings anymore. It has been 4 months since starting Serenity and I have to say that these have been the best 4 months of my life in a long time. We just celebrated my 42nd birthday and this was one of the first times that I haven't been dreading that day in years. Thank you Serenity and thank you Serenity staff for being such a great customer support." **Kathleen, Suak Rapids, MN**

CLICK HERE TO ORDER NOW!    OR    CLICK HERE TO LEARN MORE!

"It's hard to believe that Serenity makes me this much more bearable. The stability Serenity brings to my everyday attitude is remarkable. Even my husband and eleven-year-old have developed an appreciation for Serenity. **Glenda W.**

"I just received my second shipment of Serenity on the auto ship program. I had to write and let you know how totally pleased I am with your Serenity. A few years ago I had a severe setback in my life...the beginning of the end of life as I knew it. My life did not feel like my own. I had always been a very high energy person. I had no energy; as a matter a fact it was not unusual for me to spend my weekends sleeping my life away. I had no interest in anything that was going on around me. I couldn't motivate myself to go out of my house unless it was absolutely necessary. Just about the only times I went out were to go to work and the grocery store. I suffered through this for over 3 years. Then one day I saw an advertisement for your product. I called your toll free number and spoke to a wonderful lady who was very helpful and answered my questions regarding how to get started on Serenity...I have to tell you this was one of the best things I have ever done for myself! Within 2 weeks of starting on Serenity my energy was back to normal, I looked forward to getting out and doing the things I used to do and being with the people I love! My whole outlook on life has improved, no more down days, no more negativity, no mood swings. Serenity is certainly everything your advertisement says it is! It has made such a difference in my life, I never would have believed it if I hadn't tried it for myself. Thank you, Thank you! " **Sincerely, Patricia J.**

"I have been taking serenity for 1 month now it has changed my moods a great deal. I have noticed a big difference in the way I deal with my children. My anger and yelling have almost stopped and I am a lot calmer than I have ever been. I thank-you and most of all my children thank you." **Bonnie**

"My husband has very strong mood swings. I have found that the Serenity supplements bring a balance to his personality." **Suzette, Beverly Hills, CA**

"It would be an exaggeration to say, 'You saved my life.' But, when I think of my prospects before I learned of Serenity, it is not a great exaggeration to thank you for saving the quality of life, and hope, and family life." **John S., Fairbanks, Alaska**

"My husband and I have both been using Serenity now only for about 5 days and I see a -- WOW-- improvement. This product seems to be a miracle...This product has shown no side effects as of yet and I feel so much better. My husband...is so much calmer and pleasant to be around. WHAT AN ANSWER TO OUR PRAYER! Thank you for such a wonderful product. I will definitely see to it that we do not run out!!!!! God bless." **B&C**

"I just got my second bottle of Serenity. This product has done wonders for me...it has helped me so much with my moods. I used to be so mean and angry...I feel so much better.... I tried this because I had faith that there was something that could help me...Thank You so much." **Henry**

"Hello. I just want to thank you for your product. Just one month ago, I had severe mood swings that were enough to cause my relationship to end. I have been taking this product for about a half a month, and I have noticed drastic changes. Little things no longer bother me anymore, I am calmer and I can relax now. It's a miracle. I can't believe how much I've changed thanks to Serenity. Thanks so, so much!" **Beth L. Indiana, PA**

"I am using Serenity and find it to be extremely helpful with maintaining a calm level headed attitude. I have a much better outlook, do not have difficulty sleeping...feel really calm and secure. GREAT PRODUCT! I recommend it highly and have been recommending it to family and friends. I am a registered nurse. Your product has really been a GODSEND to me. Thanks again for a wonderful product that really works!!! God bless." **Dawn, Tiger, GA**

"After my girlfriend noticed that I was having mood swings, she recommended that I try Serenity. After 2-3 days of taking Serenity, not only did my girlfriend notice that my mood swings were not as bad, but my behavior was not as aggressive in stressful situations. Even my friends have noticed the difference and enjoy being around me again. Serenity has helped me to have a better life." **Kevin, Springfield, Missouri**

"I am very pleased with the results I am experiencing with Serenity. Before taking Serenity I had frequent mood swings, I got upset over anything very easily, I was irritable and I would snap at my boyfriend. Now I find after taking Serenity that my moods and emotions are more stable. I am happy rather than depressed and upset. I am very grateful I found Serenity because it has really changed my life and I couldn't live without it." **Thank you, Sincerely....Janaire from New York City**

"I can't say enough about Serenity. It is a true God send. It evened my horrible mood swings and it really helped me...Thank you." **Claudia, 49-years-old, Denver, CO**

"About a month ago, I received an e-mail with a title that really grabbed me. I was having a lot of stressful events happen to me at the time...So I placed my first order about one month ago, and after the first 4 or 5 days I felt my true self coming back again. Everyone notices my positive attitude change, and it's definitely not only my mind working here. Whenever something happens that would normally get me all wound up, it honestly feels as though Serenity is battling the stress for me so I don't have to. My first order was for 2 bottles, and I just made

another now because I can finally relate to all of the testimonials posted on your site and for someone who has been through the bad, the good is that much better because it is not taken for granted. I just made another order now for the 4 bottles at price of 3. This is definitely making a difference in my life and I wish there was someone who's hand I could shake. Thank you again." **Derek**

"My husband heard about the Serenity...I can't tell you what a different person I am. I take my Serenity every single day and I feel fantastic." **Hally, 32-years-old, Laguna, CA**

"A friend I recently met...suggested I look into a natural remedy, called Serenity that a friend of his was taking. After speaking with his friend, I tried Serenity...I completely recommend Serenity to anyone who...suffers from mood swings, or has an affinity towards stress. Serenity...helps balance my moods. Serenity now!!" **Jennifer M.**

"I just started taking Serenity 3 weeks ago and it is the most amazing product I have ever taken...I just wanted to say thank you for selling the best thing around!" **Kirk I., WA**

"I am so happy since I found the Serenity form of Lithium!!... I had been unconsciously eating and getting morbidly obese for many years. Serenity has enabled me to be more conscious of what I am eating and why. I seem to have a depth of character I feel I didn't have before. This is a real product I can believe in. Thank you." **Madlyn, Lake Elsinore, CA**

CLICK HERE TO ORDER NOW! OR CLICK HERE TO LEARN MORE!

"I had always noticed a tendency for me to slip...making me harsh, impatient and short-tempered.... I also had tendencies to act out, demand attention, and burn more energy than I had to spare. I didn't want to see a doctor about this condition because I had always believed that I had the power to help myself...It was obvious I needed some sort of help, and that is when I found Serenity. I began taking Serenity a few months ago. After a week, I notice a significant reduction of my ... tendencies...After continuing to take Serenity I realized that leveling myself out helped me to function through a day so much more easily, with a clear mind and a leveled body. Recently, I stopped taking Serenity for a few weeks, partly out of forgetfulness and partly out of experimentation. I figured maybe the benefits of the supplement were more of a placebo effect, something I know I am very susceptible to. But it wasn't long before I went back to my Serenity, this time for good. All my life, I have felt out of balance, and this simple product brings harmony into my life. There are no words that can express my gratitude for Serenity, but the least I can say is "thank you." **Richard C.**

"Thank you so much for Serenity! My daughter has gotten TREMENDOUS results from this supplement. I have recommended this to SEVERAL people here in Hawaii and my daughter has recommended it to at LEAST 5 other people in Ohio. God Bless and Continued Success!" Sharon, Honolulu, HI
"This is the only non-prescription supplement that has ever helped...!" **Sharon, Westminster, CO**

"Having to deal with everyday occurrences such as; bad relationships, job stress, and such to great losses with the deaths of family and friends has put me at the breaking point on more than one occasion...I thought that there wasn't anything that was going to be able to help me. Then I was greeted with an email about Serenity. I figured it was worth a shot...I went ahead and ordered Serenity, and within two weeks I had already felt the difference. Now at the end of my second month, I finally found the person I had lost so many years ago... me. With no side effects, increased energy, and peaceful sleep the only thing that I regret is that this wasn't around ten years ago. Thank you." **Leigh C. P.**

"I thought I'd add my husband's experience with Serenity Now... After three weeks on Serenity, his moods have stabilized...There has been continuous improvement. Hopefully, others can find Serenity and benefit from your product. Thank You!" **Martha T.**

"Serenity is great stuff...It's helping me so much that people just don't know what's got into me!! I finally found something that genuinely makes a profound difference in the way I feel. I'm going to make sure I don't run out again." **Jeff, Princeton, NJ**

"Serenity saved me...A fellow PTA member turned me on to Serenity. Within one week...I felt a natural mental stability..." **Scott, 42-years-old, San Francisco, CA**

"Serenity has given me a new lease on life the past 6 weeks. I stay calm under stressful situations that would have made me become very aggressive before taking Serenity. It also helps to calm me down when I have PMS. My life is much more enjoyable now that I have been taking Serenity." **Angie, Springfield, Missouri**

"....I found this website a few weeks ago. In the time I've been taking Serenity, I feel a huge difference in everything. My stability, my anger, my patience, my love life, my overall mood, and even my self esteem. Everyone can tell I am being the "good side" of me most of the time now. I am so thankful I found this. Thank you so much for having such a great product that is affordable. You are making a lot of lives much better." **Kristy K.**

"I saw your e-mail about Serenity...I started on May 16th. I have so much energy I am losing weight. I want to thank you. I feel like I have been let out of prison. I wish it had come sooner in my life..." **Arlene S.**

"Serenity is working for me. It continues to work over time. You have given me life, and quality of life. You truly have given a stranger everything possible in life. How do you thank someone for this?" **Love, Suzanne**

"...I ordered Serenity a few weeks ago...I noticed the difference in my moods and mental stability within a few days. There is nothing like this in Australia and I just want to thank you so much for your research and products." **Annette P.**

"...I looked on the internet and found Serenity. It's so hard to explain the way that I feel. The gut twisting feeling has turned into inner peace. My heart felt like a ton of bricks had been lifted off of it. My personality is returning. My memory came back. I have become very close to God and thank him for Dr. Nieper and you people. I have kicked every dirty habit I had and am proud to say that I am happy, healthy and plan on a great new year of hope. Serenity works...Serenity has become enough. I am so normal now that I just don't know what to do about it except to finally sit back and smell the roses." **Pam**

"Serenity changed my life! I am healthier, happier, and more productive than ever. I would recommend Serenity to anyone..." **Molly, Burbank, CA**

"I am a 76 year old male – retired academic who spent 40 years teaching, coaching and heading schools....Somehow, I forget exactly how, I found out about Serenity. It has made my life a vastly different experience and has thus far restored me to full mental health and returned to me some of my previous capacities... Thank you, thank you, and thank you." **Emmett, Orange, VA**

"I am using my first bottle of Serenity this month...I noticed a difference with Serenity within a week of taking it. Thank you for offering it over the web." **Denise**

"...I found "Serenity". I have been using it for several months now... Natural "lithium based" Serenity is now my choice for a healthier mind. Thank you." **Rose N.**

"Your Serenity cheers me up. When my supply ran out and I forgot to order for three weeks, I realized that I have an issue...The down times are definitely not me and not in line with the person I like to be. There must be a chemical imbalance going on...this would have been a major issue for the rest of my life... thank you for turning me on to it! I tell everyone about it, seriously! I'm on the auto-ship so I don't run out again." **Ashland, 29-years-old, Sydney, Australia**

"I received your product last week, and already it has helped my tremendously. The change in my life style has greatly improved, and I want to thank you very much for your product. It's truly a blessing." **Janet G.**

"I'm just finishing up my first bottle of Serenity and I just wanted to let you know how absolutely thrilled I am with this product...it has brought me the kind of relief I've been seeking, but could never find until Serenity came along. I was truly amazed at how quickly it started working – practically from the very first day... This is a wonderful, wonderful product and I hope that other women like me will put their skepticism aside and try Serenity. I don't ever plan to be without it! Thank you for introducing me to this miracle!" **Dorian C., Avenel, NJ**

[ CLICK HERE TO ORDER NOW! ] OR [ CLICK HERE TO LEARN MORE! ]

"... [Other products] always took me "out of the dumps" but I never felt the spirits lift...just felt less hopeless...I saw your ad and ordered Serenity. In ten days we saw a significant change...my mood swings seemed in good control. Thank you for giving me my life back. I can concentrate, enjoy a book again and remember things that got lost in my mood swings before. Serenity is all you said it would be and more." **Karen L. G.**

"I want to thank you for Serenity. I haven't felt this good and happy for so long...But since I have been taking Serenity I've been very happy and content. Thank you so much!" **Lucille G., Berkley, MA**

"First, I would like to say what a great product this is...It took 7 days for Serenity to take effect. On the sixth day I had taken my little boy to the park to play, and I was incredibly tired and didn't have the energy to play with him much. Then on the seventh day, to my surprise, I woke up feeling like my old self. I had tons of energy and my spirits were lifted. It's been great...I really do feel like me again." **Ann T.**

"I have used this product for about two weeks and I have noticed an incredible difference in my mood (and so has my husband). I have had mood swings my whole life and since I have taken your product I actually feel human again. I am no longer affected by the "little" things in life that normally would instantaneously change my mood for the whole day. Thank you so much for making this product. I will be a customer for life!!" **Jody, New Jersey**

"...I know my son has wanted to feel better – he has tried so hard to 'be strong.' When he received an e-mail from Serenity Inc., he decided he did not have anything to lose by trying FIND SERENITY NOW... After one week of use he noticed he wasn't feeling miserable any longer...now, after three weeks of using your product, he told me he feels really great and there is a noticeable improvement in his disposition, attitude and does not feel any need at all to consume alcohol. Thank you so much for this incredible product!!" **Mary B.**

"You have no idea how hard I've been looking for your Serenity info...This is the most remarkable product...I can't believe the impact it had on my mental health,

personal life, and overall happiness. I love it so much! I began sharing it with other suffering women like myself. We all suffer from one or all of the PMS, menopause (peri & full fledged), mid life, second marriages, kids, work, step kids, death, life...in a nutshell (EVERYDAY LIFE THAT MAKES YOU FEEL YOU'RE GOING INSANE) Well, we tried it, loved it, wanted more, and you guessed it...Nimrod Here (me) somehow lost every stitch of info from or about Serenity. All emails, phone numbers, receipts, etc., I gave the bottles away with one of my testimonial handouts...when I was out of all pills, and I forgot the name and all. As of today, I've wasted money on...9 different products hoping to get Serenity. I was just hoping that sooner or later you'd get an email to me...somehow. FINALLY, TODAY WAS THE DAY...a bit of luck actually comes my way. I'm just so excited...bottom line...I'm writing down your info & tacking it all over my house. I will NEVER lose it again...Thanks for the email & listening to my babbling." **Theresa K.**

"After trying Serenity for only 1 month, I am convinced! Thank you so much..." **Bob, Eugene, OR**

"I love your product Serenity. I have been using it for quite a few months now and it has given me peace of mind." **Kitty, Tucson, AZ**

"...I found myself uncontrollably emotional. I could burst into tears from seeing a sad commercial. Serenity has brought me back to the level-headed person I have always been. Thank you so much!" Barbara, 53-years-old, Minneapolis, MN
"You know, alcoholism is a hard thing to kick. I had been fighting my addiction since my fraternity days...My best friend turned me onto Serenity and it brought me out of the darkness immediately. I couldn't believe it. I've been sober for over a year and I could not have done it without Serenity. Thank you!" **Dan, 35-years-old, Las Vegas, NV**

"...A friend introduced Serenity to me and I am thrilled with the results! I have not had a headache since I started taking it and I weaned myself off the prescription. I feel a natural balance to my emotions and am losing that excess weight." **Jen, 29 years-old, New York, NY**

"...My parents heard about Serenity and suggested I try it. I have taken it for 2 years now and it has enabled me to eat normally. I have never felt more healthy and content in my life." **Christie, 20 years-old, Colorado Springs, CO**

"... I did some research on the Internet and one day found Serenity. I called the number and talked to a young gal. Boy, did I have many questions for her. She really helped me and I ended up ordering Serenity. I even got placed on the Auto-ship Program. Two years ago my daughter was the daughter from hell!!! I am so proud of her, she has changed so much. She is more alert during the days at school and driving (she hasn't had anymore accidents since she has been taking Serenity), She is so much more sweet and able to live with now, and she really inspires me...this is a side of her that I really never knew about her. I adore her a lot. Serenity has really made a huge difference in her life...and I can't give all the credit to Serenity, because I know that she tries very hard...so I give her props too. Thank you Serenity." **Holly G.**

"Serenity is the best! This is perfect. I feel great all the time. No more ups and downs. I have been taking serenity for 14 months now, and I'm always thanking Dr. Neiper in my heart for finding this 'orotate'(mineral carrier), to give me the right amount of lithium to balance me out. My friends notice how calm I am on a regular basis. I would not even want to go without it for even a week. I keep a few months of supply, just so I won't run out. I take 2 in the morning and 1 at night. Keep up the good work. Many Thanks" **Betty D., Redding, CA**

"I just wanted to tell you that I am grateful to find your product...It has saved me! I felt better after one week..." **Peggy H., Davilla, TX**

"After cancer surgery, losing my job the day after Christmas, having to move out of my apartment to another one and having to put my cat of 20 yrs to sleep after he had five strokes, I was so ...down on myself that I didn't know where to turn. I saw your ad on the internet and said to myself "what have I got to lose?" Serenity helped lift my spirits by evening out my mood and calming my inner self. It has been the perfect alternative for me. I don't like to take drugs. Thanks Serenity!" **Brendan**



"Serenity has changed my life. I began experiencing mood swings and wasn't a very happy person. I would get really angry for no reason and was making my life, along with everybody else miserable. My boyfriend stumbled on a Serenity ad on the internet. He copied the testimonials and brought them home for me to read. When I read them I said "That's me!" I feel the same as these people did before they started taking Serenity. I ordered a bottle and started feeling better within a week. When I ran out I ordered another bottle. Then after the second bottle was gone, I didn't get around to ordering any more for about a month. Well, my mood swings came back just like before. I was angry and miserable again with ups and downs all the time. I ordered more Serenity and started taking it again. I won't let myself run out of Serenity again. Thank you for Serenity; it is truly a great product." **Deborah C., CA**

"I started taking Serenity about a month ago. It was going well until I ran out and it took about 2 weeks to get replacement. The reason for the delay was my fault... I do not get as aggravated as usual. I feel that it is helping my...mood swings...It is a whole program that must be followed along with exercising daily. Let me try this for another few months and wish me luck." **Fay S.**

"I ordered Serenity and received it last week. Since I started taking it, I can feel such a difference in my attitude ... I'm not as tired all the time, and things don't stress me out as easily as they did. I'm semi-retired, but busy all the time, and the demands that are put on me daily can be very stressful at times...which was why I was so happy to receive my order of Serenity. In just a few days I can feel the difference, and I am so glad I found this product...I am going to tell others about this wonderful product. Thank you." **Sharyn H.**

"...I started on the Serenity product four weeks ago. Almost immediately I noticed my mood swings starting to level out and it seemed to give my body the natural Lithium it had been starving for... I was so impressed, and I feel so good that I have been telling my friends... Thank you so much for your product!" **George C.**

"I have what would be considered a high stress job. The effects of that stress have had a direct impact on my daily life. My ability to stay focused and level headed was impacted. Three months ago I decided to try one bottle of Serenity. I was amazed at the results. Although the stress was still there, my ability to handle the day was improved and my attitude was always up. To test the product, I didn't reorder. After one month with out Serenity, the damaging effect of stress returned. I am now on the automatic shipping. Thank you Serenity." **John R.**

"After trying Serenity for just a few days, I really can't believe how much better I feel. Serenity takes the edge off my job as a massage therapist, the hustle pace of N.Y. and life in general. Best thing that's happened to me since my daughter was born." **Daniel G.**

"I have been taking Serenity for about a year. I find that it has stabilized my mood without any adverse side effects. Thanks!" **Estee L.**

"Serenity works! No side effects at all! I feel "normal" again from day ONE I started taking it!! Thank you." **Karen T.**

"I just wanted to drop all of you a line to let you know how much I have enjoyed your product. I have a very stressful job working with mentally ill children and every night I would come home and just feel horrible. I would be so angry and stressed out all the time I was not able to even enjoy my time off from work...After only 2 weeks of taking your product as suggested on the label I have been able to enjoy my life again. Stressful situations do not bother me anymore and I am able to stay on top of my game at all times. Thanks so much for Serenity!!!!" **Jason M.**

"I need more Serenity! It is working great...I feel better than I have in years...I am back at the gym 6 days a week. I have started dating again after 2 years. It is incredible. I think your product brought me back to life. I can not believe how much better I feel ...I do not think negatively like I did before. I wish more people could find out about this product and not have to suffer like I did... Thanks so much...." **Victor M**



"I really like the Serenity because I am in a high profile job that is very stressful. Serenity does not leave me all zoned out... I am very thankful for the Serenity way of life. Thank you." **-Pamela W.**

"I love Serenity. I am 41 and I have been having some bad mood swings from PMS and was very angry for two weeks of the month... It got so bad I went to the doctor...With Serenity I am not only not angry...but I feel wonderful, not like a zombie. I like to start my day because I don't have any thing to be worried about. I know I am going to be my wonderful feeling self. You just don't know unless you go through it what it is like to have your youthful mindset back. Thank You All!" **-Deanna R.**

"I have been taking Serenity for about 8 months - it has changed my life considerably...I no longer have the ups and downs. I am happy every day... I told my Dr. "it is a miracle..." Now I know the testimonials are real. Thank you so much, you have saved my life!" **-Beth R.**

"I received the Sample bottle of Serenity just in time! I had been experiencing many health problems...Upon receiving the Serenity tablets; I began to feel less agitated and had a greater sense of well-being... I intend to purchase more Serenity and recommend it to my friends. It was a great help to me at a most difficult time! I am so grateful to have discovered it!" **-Carol G.**

"Thank you very much for making such a wonderful product available to the public. I have been taking Serenity for over 6 months now and have noticed a big improvement in my moods. I am a single parent, full time college student, and work to support our household. Needless to say I am constantly stressed out, but with Serenity I can maintain a little inner peace. Thanks again!" **-Briana Z.**

"I received my Serenity...and already feel better. I have been through a lot in the past few months and was tired and had a lack of energy. Thanks to Serenity...I am starting to feel like myself again!! More energy and just a general feeling of well being! Thank you for your wonderful product!! I have recommended it to friends and family!!" **-Justin O.**

"I just want to let you know how wonderful your product is. My teenager... has been taking it for several months and we see our child returning to her happier, healthier self. She seems more balanced and able to handle the stresses in her life. Thank you for this product." **-Clair M.**

"Dear Serenity: I have tried Serenity and My Daily Dose for a month now and I am sure glad I tried it. I have been so edgy and short tempered with no patience. After I started using these products I am patient about everything and am happier. Please give it a try it's not just another gimmick. Thanks to Serenity and its creators." **-Gloria B.**

"I have been using Serenity for 2 months now and have noticed a big change in my mood. I don't feel lethargic and blue anymore since using this product. My mood is much more constant now whereas I used to have dramatic "highs and lows". I would recommend this product to anyone who feels as I did." **Charles R.**

"I wanted you to know what a difference this has made in my life! I was previously on a prescription anti-depressant, but still not feeling up to par. Serenity has worked so much better. I no longer feel overwhelmed and have much better follow-through ability in my daily activities. I am just finishing my second bottle, but I could tell a big difference after a couple of weeks. Thank you so much for a wonderful product!" **Kathy H.**

"I have been taking Serenity for about a month. I began taking it because of a tragedy that occurred in my family, and I thought it might help me to deal with the emotional upheaval. I think that it did because I am able to focus on positive things now. My husband also told me that he thought it had made a difference in my moods. Thank you." **Jan C.**

"I just wanted to thank you for making Serenity available for me to try. I have had depression, anxiety and panic attacks in the past, and used prescription medications, as well as acupuncture to help me. The last month or two, I have been sad, alot for no apparent reason. I cry every day and I wonder if I'm starting to become depressed again. So far, it has not affected my sleeping or eating, but I wanted to try something before it got to that point. A friend told me about Serenity when his wife used it for her depression. He said that it took the edge off. I have now been using it for about a week, from 1 to 3 times a day (as it is still a new habit I don't always remember!). I have already noticed that is has been several days since I have cried. Hmmm...not a coincidence I'm sure. Thank you!" **Lauren W.**

"I just received my 2nd bottle of Serenity and I am sending in my testimonial. For years I have suffered from racing thoughts, which would consist of songs, jingles, poems, conversations with friends and family....you name it. I have been taking anti-depressants for most of my adult life. I came upon Serenity searching the web for information on Bi-polar. Although I had never been diagnosed, my symptoms matched up somewhat. Anyway to make a long story short I began to take Serenity and I must tell you that those racing thoughts that were so very exhausting are gone. I feel more balanced than ever before and am sleeping a little better....I don't know what to say except thank you. It is well worth the price and convenience. I hope others will consider giving Serenity a try. Thank you Serenity, and Urban Nutrition." **Victoria W.**

"I wanted you to know what a difference this has made in my life! I was previously on a prescription anti-depressant, but still not feeling up to par. Serenity has worked so much better. I no longer feel overwhelmed and have much better follow-through ability in my daily activities. I am just finishing my second bottle, but I could tell a big difference after a couple of weeks. Thank you so much for a wonderful product!" **Kathy H.**

"I have used Serenity for two weeks and feel great. I'm currently in school again after a 10 year layoff. My friend told me about it and said he had used it for 4 months now. I tried Serenity and noticed a difference in about a week. My mood has never been better. Thank you Urban Nutrition." **Andrew C.**

"I am about to start month 3 of "Serenity" and I must say that I continue to feel wonderful. I have more energy and more balance. Thank you very much for a terrific product." **Bradley M.**

"I just want to write and say how much I like Serenity. It's an awesome product! I have crazy mood swings and have been on all types of medications trying to find something that will help me and haven't had much luck. One day I was searching online for a 'miracle' and found your product and decided to try it and I'm glad I did. It really helps take the edge off and I find myself in a calmer state of mind. Thank you so much for a great product!" **April K.**

"I just wanted to let you know that this product is incredible. I weaned myself off of...a pharmaceutical and started to take Serenity. I moved from IL to FL and stopped taking it and did not re-order thinking that I would be fine without it. Boy was I wrong! I became severely depressed. My mood swings were very hard to handle. All I wanted to do was crawl into a hole. I got back on my auto ship of Serenity and felt the difference within the first week! Now I will never go off of it again. Thank you SO much for this product. I hate medications and now do not have to go back on them as long as I have this." **Lori P.**

"I have used Serenity for just one month and find I am calmer, less likely to over-react and become teary. I have lived with stress from health and relationship situations and Serenity definitely helps me find a more positive outlook, more energy and reduce the self-defeating mind chatter. Thank you so much." **Lee J.**

"I have been using Serenity for about a year. Stress dealing with elderly parents had put me off balance emotionally, and I did not want to take anything that was strong or addictive, like Valium. Serenity is so gentle and gradual that the effect is barely noticeable, yet it does take the edge off. I only take one, and not every day, so I can imagine that taking more for mega-stress the effect would be quite something. I recommended this product to a family caregiver who was very stressed with family issues and now she wouldn't be without it. She is so grateful

that I told her about this. It helps her sleep and deal with anything that comes along. We both especially appreciate the fact that there is no addictive property to Serenity. Thank you for a great product." **Jeanine C**

"I have used Serenity for just one month and find I am calmer, less likely to over-react and become teary. I have lived with stress from health and relationship situations and Serenity definitely helps me find a more positive outlook, more energy and reduce the self-defeating mind chatter. Thank you so much." **Lee J.**

"I have recommended your product to many people. After several years of post menopausal symptoms, I have finally found a product that relieves the emotional rollercoaster that I have been experiencing. I refused to take hormones because my mother developed breast cancer in the 80's from them My family thanks you for such a wonderful product." **Holly H.**

"I would like to say that I have noticed a difference since I started using Serenity. I feel more balanced and I am able to handle my anger much better. My mood seems to be more stable. Thank you." **Donna O.**

"I have taken Serenity three times per day for 5 weeks and I feel better. I have fewer migraines, my pain is reduced by a couple points, I have more energy and what feels like improved overall wellness. I am grateful and will keep taking it for a while as I monitor my progress." **Bradley M.**

"I suffer from Generalized Anxiety Disorder and taking Serenity has helped me get through the day without shaking or feeling anxious. You can go through the day without the feeling of panic. It's a great product that helps me immeasurably. Thank you." **Karen N.**

"Finding Serenity a few years ago after being prescribed numerous anti-depressants was such a relief and delight. Finding relief from emotional pain with no side-effects was wonderful!!! I am so thankful! Also, I have recommended Serenity to others at their wits end." **Susan S.**

 OR

The descriptions of nutritional supplements are based on the historical usage of the various ingredients.
They are not intended to promote any direct or implied health claims, and actual results of usage can vary.
The statements on this web site have not been evaluated by the U.S. Food and Drug Administration.
This product is not intended to diagnose, treat, cure, or prevent any disease.

**HOME** | **PRODUCT INFO** | **TESTIMONIALS** | ORDER NOW | FREE TRIAL | **ABOUT US** | **CONTACT US** | FAQ

All pages, content, and design Copyright © 2006-2007, FindSerenityNow.com. All Rights Reserved. | Privacy Policy

# EXHIBIT G

## ORDER NOW!

**Our Customer Service Policy**

We are absolutely confident in the quality and effectiveness of Serenity™ and offer a 100% Product Guarantee. That's right. If you are not happy with Serenity in any way, you are entitled to one of the options listed in our Product Guarantee. **Click here** to view our famous product guarantee.

If you wish to order via phone, fax or post please see our contact page for details.

**Ordering Online is Easy**
*Enter Your Order Below:*

**FREE TRIAL - Auto-Ship Program: One Month's Supply - 90ct. Bottle**

### FREE TRIAL

**Only $7.95 for Shipping & Handling (non-refundable)**

**This will become an autoship program in 14 days**

☐ **I agree to the terms of the Serenity Autoship Program**
Click Here To View The Terms of The Serenity Auto-Ship Program.

**Please Note:** Upon Ordering your Free Trial of Serenity you will be enrolled in our monthly Autoship Program. The Serenity Autoship Program is only $39.99 + $7.95 S&H monthly and ensures that you will never run out of your supply.
**Please Note: You can only order the free trial once.**

**NOW AVAILABLE BY POPULAR DEMAND:**

### FREE SHIPPING!

**Buy 3 bottles and get the 4th FREE!**
**The *BEST VALUE* option: SAVE $39.99 & get FREE SHIPPING!**
$119.99 (Free Shipping & Handling on domestic orders only)

Please note that this option is not refundable; only exchangeable for product credit. **Click HERE to view the terms of the best value option.**

**One Month's Supply - 90ct. Bottle**

$39.99 plus a shipping and handling fee of $7.95 per order of any size.
This is NOT an autoship. You will not be billed again and you are entitled to our refund policy.

| | | |
|---|---|---|
| Subtotal: | $ 0 | |
| Shipping: | $ 0 | |
| **TOTAL:** | $ 0 | (U.S. Dollars) |

**Choose your domestic shipping option:**

⊙   USPS First Class ($7.95)

○   USPS Priority Mail ($12.95)

○   USPS Express Mail ($22.95)

☑   YES, I want this package insured for only $1.89

**Add Longevity™ to your order now and save $20!**
**Regular Price:** $49.99
**Your Price:** $29.99
**You SAVE:** $20.00!

Longevity is the first and only anti-aging product in the entire world to combine the most powerful & natural anti-aging substances.

Longevity is Dr. Nieper's original Anti-Aging Formula.

- Drastically Slow Your Aging Process
- Rejuvenate Your Entire Body
- Increase Your Energy Levels
- Look & Feel Healthier In Less Than One Month!

**CLICK HERE FOR MORE INFO ON LONGEVITY!**

**Credit Card Information**

Card Number

CVC code what is this?

Expiration Month:          01

Expiration Year:           2009

**Billing Information**

Last Name/Surname

First Name

Email Address                              (i.e. you@yourAddress.com)

Daytime Telephone                          (include area code)

Fax                                        (include area code)

Street Address/Apt#

City

State          -CHOOSE-

Zip Code

Country        United States

☐ Check this box to Ship to a different address

Submit Order



U.S. Orders will take approximately 2-5 business days for delivery. For International Orders please allow approximately 5-8 business days. International shipping times may vary depending on country and customs procedures. International Orders must be for personal use only. All credit cards will be charged in US$.

*Thank You!*

The statements on this web site have not been evaluated by the U.S. Food and Drug Administration.
This product is not intended to diagnose, treat, cure, or prevent any disease.

**HOME** | **PRODUCT INFO** | **TESTIMONIALS** | **ORDER NOW** | **FREE TRIAL** | **ABOUT US** | **CONTACT US** | **FAQ**

All pages, content, and design Copyright © 2006-2007, FindSerenityNow.com. All Rights Reserved.

3/4/2009 4:42 PM

# EXHIBIT H

"prostate power Rx" - Yahoo! Search Results       http://search.yahoo.com/search;_ylt=A0oGkYfpIq9JHZ1B99fXNyoA?...

Yahoo!  My Yahoo!  Mail      Welcome, Guest [Sign In]  Help

Web | Images | Video | Local | Shopping | more

"prostate power Rx"     [ Search ]    Options    Customize

1 - 10 of 59,200 for **"prostate power Rx"** (About) - 0.27 s |     SearchScan BETA On

**Also try:** prostate power rx new jersey,  buy prostate power rx,  More...

SPONSOR RESULTS

Don't Waste Your Money
How Do Male Enhancements Stack Up. Get the truth and learn the facts....
EnhancementAdvice.com

Prostate Power Rx
Get hard in 20 mins. or less, Get the 100% Natural Male Enhancer.
www.viswiss.com/gethardnow

SPONSOR RESULTS

Dr. Ray Sahelian **Prostate-Power-Rx**
Free Shipping For Orders Ove $99.
www.fubaohealthstore.com

Staying **Power Rx**
Be Well. Compare And Save On
Staying **Power Rx**.
Vitamins.BizRate.com

See your message here...

Male Sexual Health ~ Enhancement Review: **Prostate Power Rx**
Read the reviews and link to male sexual health and enhancement products like **Prostate Power Rx** at
The Mens Choice.
www.themenschoice.com/ProstatePowerRx.html

**PROSTATE POWER Rx** review
**Prostate Power Rx** is carefully formulated with effective herbs and nutrients to ... Click here to buy
**Prostate Power Rx**, Passion Rx for enhanced sexual pleasure, ...
www.**raysahelian**.com/prostatepowerrx.html - Cached

Natural Options for a Healthy Prostate : by Ray Sahelian, M.D.
**Prostate Power Rx** - doctor developed herbal prostate formula ... Click **Prostate Power
Rx** to find out details or to subscribe to a FREE and very ...
www.**raysahelian**.com/prostate.html - Cached

Prostate RX on eBay
Shop at eBay for great deals on Prostate RX items. ... **Prostate Power Rx** - Male Enhancement
Prostate Formula, ends Jan-29 12:35 pm PST. ...
search-desc.ebay.com/search/search.dll?...&sosortorder=2 - 125k

Male Health Review: **Prostate Power Rx** @ ManTested
Finding the best male enhancement & health products starts w/ good information. Review **Prostate
Power Rx** & other MH items @ ManTested.
www.mantested.com/ProstatePowerRx.html

**Prostate Power Rx** Saw Palmetto Genistein FORMULA Physician Formulas
**Prostate Power Rx**. 60 Capsules. Physician Formulas. Formulated by Ray ... **Prostate Power Rx** is
carefully formulated with important herbs and nutrients to ...
www.**clubnatural**.com/prostate5.html - 55k - Cached

**PROSTATE POWER RX**
**Prostate Power Rx** is carefully formulated with important herbs and nutrients to provide optimal
prostate health. ... Noticed **Prostate Power Rx** mentioned in ...
www.**mp.sg**/healtharticles/prostatepowerrx.html - 344k - Cached

**Prostate Power Rx** health benefit - Long term use of **Prostate Power Rx**
prostate power rx ... **Prostate Power Rx** is trademarked by Physician Formulas and formulated by
Ray ... Click here to buy **Prostate Power Rx**, Mind Power Rx, Eyesight Rx, ...
www.**ahcc.name**/prostatepowerrx.html - Cached

**Prostate-Power-Rx** herbal prostate supplement formula with natural herbs
**Prostate Power Rx** contains Saw Palmetto, Pygeum Africanum, Stinging Nettle, ... Q. I have a few
questions about **Prostate Power Rx** I trust you may be able to answer. ...
**physicianformulas**.com/store/Scripts/...&name=**Prostate-Power-Rx** - 84k - Cached

**Prostate Power Rx**
prostate power rx review ... **Prostate Power Rx** - For Prostate Health and Sexual Enhancement.
**Prostate Power Rx** is trademarked by Physician Formulas and formulated by ...
www.**tribulusterrestrisextract**.com/prostatepowerrx.html - Cached

SPONSOR RESULTS

Dr. Ray Sahelian **Prostate-Power-Rx**
Free Shipping For Orders Ove $99.
www.fubaohealthstore.com

3/4/2009 4:52 PM

# EXHIBIT I

**Web**    Images    Maps    News    Shopping    Gmail    more ▼                                                                  Sign in

Google

```
"prostate power rx"                    Search    Advanced Search
                                                 Preferences
```

**Web**                              Results **21 - 30** of about **11,400** for "**prostate power rx**". (0.14 seconds)

**American (USA) products include nutritional**
**supplements, beauty ...**
**Prostate Power Rx** ( 60 Capsules ) - Supports Healthy Prostate
Function. **Prostate Power RX** formula is made from high quality raw
materials. ...
www.primelife.us/theproducts.cfm?cat=6&master=8604&owner=995 -
32k - Cached - Similar pages

**Mind Power Rx review**
**Prostate Power Rx** for prostate health Veg Rx for vegetarians with
Coq10 and several other herbs missing in a vegetarian diet. Mind
Power Rx side effects ...
www.tribulusterrestrisextract.com/mindpowerrx.html - 18k -
Cached - Similar pages

**PhyF Passion-Rx (w/ Yohimbe) 30 Caps at American**
**Nutrition**
One of our top sellers along with Mind Power Rx, **Prostate Power**
**Rx**, .... Consider **Prostate Power Rx** for a gentler sexual
enhancement if Passion Rx is too ...
www.americannutrition.com/store/PhyF1630.html - 52k -
Cached - Similar pages

**Prostate**
Take a look at a popular prostate formula called **Prostate Power Rx**.
... Stinging Nettle extract herb is found in **Prostate Power Rx**. Here
is more info on ...
www.tongkatali.net/prostate.html - 9k - Cached - Similar pages

**Prostate Power Rx** - COMPREHENSIVE RESEARCH
UNBIASED RESULTS
**Prostate Power Rx** - Creating a holistic supplement such as
**Prostate-Power-Rx** is more than combining ingredients. It is very
much a matter.
www.themenschoice.com/ProstatePowerRx.html - 233k -
Cached - Similar pages

**Prostate Power Rx**
**Prostate Power Rx** Price Range $27 - $27. ... **Prostate Power Rx** has 9 key herbal
ingredients for a healthy prostate. More at Amazon ...
www.shopping.com/xPO-**Prostate-Power-Rx** - 51k - Cached - Similar pages

**eBay Store - Condom Elite Condoms: Male Enhancement Products ...**
Condom Elite Condoms: Male Enhancement Products - **Prostate Power Rx** - Male
Enhancement Prostate ... **Prostate Power Rx** - Male Enhancement Prostate Formula ...
stores.ebay.com/Condom-Elite-Condoms_Male-Enhancement-Products_
W0QQcolZ4QQdirZ1QQfsubZ18922300QQftidZ2QQtZkm - 54k - Cached - Similar pages

Sponsored Links

**Proven Prostate Remedy**
3000 Times Potency of Saw Palmetto
Get Prostate Relief in 6 weeks!
www.HealthyChoiceNaturals.com

**Prostate Power Rx**
Plus: Passion Rx
Formulated by Dr. Ray Sahelian, M.D
www.PhysicianFormulas.com

**Don't Waste Your Money**
How Do Male Enhancements Stack Up!
Get the truth and learn the facts...
MaleEnhancementInstitute.com

**Does Your Diet Work?**
Compare Your Diet
to other male sexual enhancers.
SlimStore.com

**Which Sex Pills Work?**
2008's Top Male Sex Enhancers Rated
See Which One Is Most Effective.
www.malesexenhancement.org

**Prostate Power Rx**
Huge Selection at Great Low Prices
Vitamins, Personal Care and More
Amazon.com/health

**Vialafil® For Men**
Get Hard and Stay Hard!
Sponsor of NASCAR Busch Series #36
www.newton-everett.com/vialafil

## Prostate Power Rx
**Prostate Power Rx**-Nobody has described **Prostate Power Rx** yet. Be the first to do so!
Facts: Size-60 capsules Ingredients-Supplement Facts Serving Size 2 ...
amapedia.amazon.com/view/Prostate+Power+Rx/asin=B00076PCP0 - 16k -
Cached - Similar pages

## Prostate Power Rx 60 caps :: New Products :: OnlineWorld.com ...
Onlineworld offers the Highest Quality Health and Nutritional Supplements available at
Wholesale Prices.
www.onlineworld.com/product.php?productid=19565&cat=890&bestseller=Y&js=n - 61k -
Cached - Similar pages

## Power compound at TheFind.com - search, discover and compare prices
**Prostate Power Rx**. Sale. $34.95. PhysicianFormulas · POWER CREATINE. POWER
CREATINE. $14.17. vitaminlife · **Prostate Power Rx**. **Prostate Power Rx** ...
www.thefind.com/beauty/info-power-compound - 316k - Cached - Similar pages

**Previous**   1   2   **3**   4   5   6   7   8   9   10 11 12        **Next**

---

| "prostate power rx" | Search |

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

# EXHIBIT J

The Mens Choice - www.TheMensChoice.com - Sexual Health Product Reviews

**CLICK HERE FOR THIS WEEK'S TOP RECOMMENDATION**

**Program Reviews**

Orexis®

Flex Belt: Rapid Stomach Toning Medical Technology

Vialipro -- 30 Minute Results

Longevity® - Real HGH

Flex Enervie® - Electronic Full-Body Muscle Toning

Cleanse Patch® -- Remove Toxins from Your Body Overnight

Orexia® Female Pleasure Cream

Nuphedrine® -- Burn 500 More Calories per Day

VigRx Plus – Size Enhancer

Semenax -- Fulfilling Orgasms Everytime

Cleanse RX® - Immediate Colon Cleanse Weight Loss

Pheromones – Attract Women Immediately

Fortex® -- Electronic Upper Body Toning Device

ProExtender – Permanent Enlargement Pump

Slim10® - 10 Patented Rapid Toning Ingredients

Game On - The Movie About the Seduction Community

HoodiaP57® -- Suppress Your Appetite and Tone Up

Vivaxa – Orgasm Control Gel

Cholesterclear®

#1 Selling Sex Stamina Training Tool in the US

Arctic Essentials - Healthy Omega 3 Supplementation

Enzyte

Profillica – Fast-Acting Hair Re-growth System

# The file you requested was not found. In 5 seconds you will be redirected to our homepage.

Reviews At a Glance
To get you started learning about the most popular and effective male sexual enhancement products on the market, here are excerpts from just a few of our many reviews:

### 🌸 Orexis®

Orexis® is the only non-prescription product available we have reviewed that effectively provides both immediate and long term guaranteed results.

Orexis® works in just 45 minutes after consumption. It also comes in easy-to-go packets so you can always have a pack with you. The long-term benefits are impressive. Orexis® users report a permanent increase in erection MORE

### Flex Belt: Rapid Stomach Toning Medical Technology

Guys – this is an amazing product that will definitely help you tone up the stomach...and let's be honest – ladies like a man with a nice physique.

The Flex Belt Abdominal Toning Belt is truly an awesome advance in technology. This device is by far the most effective we have ever seen of its kind. It makes it so that anyone can exercise their abs anywhere and an MORE

### 🌸 Vialipro -- 30 Minute Results

Vialipro® is the first non-prescription male sexual enhancement pill that is clinically proven to work in just 30 minutes after consumption. It is also proven to be just as effective as leading prescriptions, such as Viagra, Cialis and Levitra, but it does not have any of the negative side effects.

Vialipro® is not intended to be taken every day like other mal MORE

Our Reader's Poll Choice:

Week of: Tue Mar 03rd, 2009

**Orexis®** - This exciting product has more testimonials than we have ever seen from real and enthusiastic customers. Their customers say enough to sell the product alone. Orexis® is the only non-prescription male sexual enhancement product we have reviewed; that effectively provides both immediate and long term guaranteed results. Orexis® works in just 45 minutes after consumption. The long-term benefits provide a permanent increase in erection size, orgasm control and stamina. What separates Orexis® from other products, is that it uses a patented delivery technology so that the ingredients bypass the stomach acids for immediate results. The proprietary manufacturing

Sponsored Mens Health

**Effective and Patented Male...**
Orexis is the first natural male sexual enhancement pill with both immediate &...
www.Orexis.com

**The Flex Belt**
Sculpt firmer, stronger and toned abs without exercise. The Flex Belt works for...
www.TheFlexBelt...

**Give Your Lady Immediate Sexual...**
Patented cream helps induce the female orgasm and works within just 1 minute....
www.Orexia.com

**Cleanse RX® – Advanced Colon...**
Flush 5-20 pounds out of your colon in just one month and permanently improve...
www.cleanserx.com

**The Original Longevity® HGH from...**
Longevity®: the first & only product to bring you real HGHR combined with...
www.FindLongevi...

Connection Lotion –
Couple Sensation Lotion

This Week's Top
Recommendation:

Girls Gone Wild Video
Program

Libido-Max Liquid Soft
Gels

Prostalex – Prostate
Health

Dr. Laura Berman

Shave No More – Sexy
Hairless Skin

Healthy Pores - Men's
ACNE Treatment

Libilov

VigRX

Advantage-rx

Avela

Libitol

Viagra

Max Vitality

Ogöplex

Pleasure Pill

Vigoren Penis Patch

ArginMax

Eros

Men's Virility

Cyclo Z-Mass

Maca Men's Drive 1600

Maximan

ExciteMaxx™

Ziozpher

Befar

Bio Test

Big Kahuna

Penegra

Herbal V

Blue Steel

Caverject

Imperial Gold Maca

Super MiraForte

LJ100

Maxaman

Veromax

Silagra

Proton Extreme™

Spermamax

Roplex

Vasomax

Progene

ViaSure™

Super Testron

Viacyn

Viamax® Maximizer

process extracts the natural ingredients 15 times
their normal strength. Now natural ingredients can
be as strong as prescriptions with no negative side
effects.

Click HERE to Learn More

Orexis
Vialipro
Vytalin
Zenerx
Enzyte
VigRx Plus
Extend
Extenze
Maxoderm
Longevity
Orexia
Nuphedrine
Ezerex
FlexBelt
Pheromones
Paravol
Stamina RX
CholesterClear
Super LQ
Semenax
T Boost
Vicerex
CleanseRX
VPXL

Sponsored Mens Health

**Effective and Patented Male Enhancement**
Orexis is the first natural male sexual enhancement pill
with both immediate & long-term guaranteed...
www.Orexis.com

**The Flex Belt**
Sculpt firmer, stronger and toned abs without exercise.
The Flex Belt works for everyone and it can...
www.TheFlexBelt.com

**Give Your Lady Immediate Sexual Pleasure**
Patented cream helps induce the female orgasm and
works within just 1 minute. Successful in giving...
www.Orexia.com

**Cleanse RX® – Advanced Colon Cleanse System**
Flush 5-20 pounds out of your colon in just one month
and permanently improve your digestion with...
www.cleanserx.com

**The Original Longevity® HGH from Germany**
Longevity®: the first & only product to bring you real
HGHR combined with 2-AEP®. This patented...
www.FindLongevityNow.com

This website is not owned or endorsed by, or affiliated with ""
©2006, themenschoice.com. All Rights Reserved.

# EXHIBIT K

Prostate Power Rx – COMPREHENSIVE RESEARCH UNBIASE...          http://www.themenschoice.com/ProstatePowerRx.html

Review of Prostate Power Rx

**Home**

We have the widest range of Male Sexual Health product reviews in America. Search for any product you would like to learn more about here:

[_____] [Search]

**Program Reviews**

# Prostate Power Rx

## ✹ Review Summary

Prostate-Power-Rx is a male sexuality enhancing formulary, which was created by Ray Sahelian, who many consider to be a guru of holistic supplements. His reputation has created a situation where many consumers will simply buy his products based upon his reputation alone. However, a reputation does not guarantee results, and we have found many of his formulas to be wanting in terms of effectiveness, and some are down right poor performers, most especially those geared toward enhancing male sexual health. Regardless, we will systematically review this products formulary to see what it can really deliver to men in terms of increased sexual potency and performance.

## ✹ Ingredients At A Glance

Prostate-Power-Rx contains: Saw-Palmetto extract, Stinging-Nettle, Quercetin, Rosemary, Phytosterol Complex, Pygeum bark extract, Daidzein, Genistein and Lycopene.

## ✹ Ingredients In Focus

Creating a holistic supplement such as Prostate-Power-Rx is more than combining ingredients. It is very much a matter of using ingredients which can achieve the desired result efficiently and safely, which in this case is increased sexual potency. It is also a matter of using ingredients that combine well together and can augment each other abilities; very much like cooking a remarkable recipe.

The formula used in Prostate-Power-Rx does not incorporate either of these points in our opinion. In fact it uses some ingredients that are down right counterproductive in terms of achieving results. For instance, Daidzein is heavily featured in this product; however, it has no ability to augment male sexuality. In fact, it is a belongs in part to a isoflavone class of flavonoids, which are commonly known to be able to increase estrogen levels, so much so, that it is used by menopausal women who are experiencing hot flashes, to alleviate this issue.

We can in no way see how this product developer can believe that this is a good ingredient to use in a formula geared towards men, who clearly do not need to generate more estrogen. Many men do need to actually increase their body's ability to produce testosterone, in order to perform better sexually; estrogen will in no way help with this, but may actually significantly decrease male sexual performance. Also, it is strongly suggested that men who have any history of prostate cancer, consult a health care provider prior to using this particular ingredient, because it may cause some really serious problems for some.

Discussing this element leads us directly to a discussion regarding Genistein, which is also an isoflavone that may interact with estrogen receptors and create affects that are similar to the hormone estrogen, which as we all know is a hormone that plays a huge role in female sexuality. Isoflavones

Sponsored Mens Health

**Effective and Patented Male...**
Orexis is the first natural male sexual enhancement pill with both immediate &...
www.orexis.com

**Vialipro – 30 Minute...**
The first non-prescription male sexual enhancement pill that is clinically...
www.vialipro.com

**Read Real Male Enhancement...**
Thousands of people are reporting success with this new blue pill that is...
www.sensational...

**Give Your Lady Immediate Sexual...**
Patented cream helps induce the female orgasm and works within just 1 minute....
www.orexia.com

**Burn 500 More Calories per Day**
NuPhedrine is the only pill that can guarantee you burn 500 more calories per...
www.NuPhedrine.com

Orexis®

Flex Belt: Rapid Stomach Toning Medical Technology

Vialipro -- 30 Minute Results

Longevity® - Real HGH

Foot Patch – Overnight Detox

Orexia® Female Pleasure Cream

Nuphedrine® -- Burn 500 More Calories per Day

VigRx Plus – Size Enhancer

Semenax -- Fulfilling Orgasms Everytime

Pheromones – Attract Women Immediately

Slim10® - 10 Patented Rapid Toning Ingredients

Game On - The Movie About the Seduction Community

ProExtender – Permanent Enlargement Pump

HoodiaP57® -- Suppress Your Appetite and Tone Up

Vivaxa – Orgasm Control Gel

Cholesterclear®

#1 Selling Sex Stamina Training Tool in the US

Omega 3 – Overall Male Health

Enzyte

Profillica – Fast-Acting Hair Re-growth System

Connection Lotion – Couple Sensation Lotion

Girls Gone Wild Video Program

Libido-Max Liquid Soft Gels

Prostalex – Prostate Health

Dr. Laura Berman

Shave No More – Sexy Hairless Skin

Liberator – Bedroom Adventure Gear She Will Love

Healthy Pores - Men's ACNE Treatment

Libilov

In general have some antioxidant like affects, which means they can reduce the damage created by free radicals, however, the fact that this one can increase estrogen production, once again will be counter productive to male sexuality and increased sexual health. Also, this element has been connected to the development of leukemia, because it inhibits an enzyme called topoisumerase, which defends DNA from certain mutations. Human trials are currently being conducted on this element to see what the risks are in regards to its use in humans.

## ⚙ Lifestyle

The elements used in this formula, we feel for the most part have no real use in increasing male sexuality. For instance, rosemary is a herb used in cooking, which was also used in folk medicine to alleviate headaches and poor circulation; Stinging Nettles has been used to help improve skin conditions; and Quercetin is commonly used to increase immune health.

Clearly, none of these elements have any use in boosting male sexuality. Some may point to Saw Palmetto extract's abilities; and while it does have some impact on prostate health, it will do very little to boost sexual health and it will not negate the estrogen boosting abilities of Daidzein and Genistein.

Also, there were no testimonials posted on this website for this product, and quite frankly we can't say we are surprised given the ineffectiveness of this products formulary. Actually, we would have been surprised if they did post testimonials.

## ⚙ Positives

• Maybe helpful to women who want to ease the hot flashes associated with menopause

## ⚙ Negatives

• Uses Daidzein and Genistein, which promotes production of estrogen
• Uses ingredients which are useless in boosting male sexual health
• No testimonials posted
• No research posted

## ⚙ Final Thoughts

Frankly we were astounded that Prostate-Power-Rx is being promoted as a formula that can increase male sexual health. This is especially true because it includes so many ingredients, which may increase estrogen levels, rather than enhancing testosterone production. Men who want to change their gender, increase breast size or reduce body hair are usually interested in boosting their estrogen levels; and those who want to increase their sexual abilities and performance are not. Most men are interested in increasing testosterone production in their body, in order to increase sexual performance, libido and stamina. Clearly, this is an issue this formula will not help with, and may in fact actually add to these difficulties, we feel.

Men, who are interested in really taking charge of their sexual health, may want to seek out products that can really help them. Many men look for formulas that increase testosterone production, and many of these products will include Tribulus Terrestris in their formulas. It is well known in the industry to be an extreme testosterone booster, which can significantly increase stamina, libido and performance. It also works exceptionally well with Yohimbe Extract, an herb proven to be able to boost blood flow to the penis, which in turn drastically increases the quality and quality of erections in users.

VigRX

Advantage-rx

Avela

Libitol

Passion RX

Viagra

Max Vitality

Ogóplex

Pleasure Pill

Vigoren Penis Patch

Natural Sex Boosters

ArginMax

Prostate Power Rx

Eros

Men's Virility

Cyclo Z-Mass

Maca Men's Drive 1600

Maximan

ExciteMaxx™

Ziozpher

Befar

Bio Test

Big Kahuna

Penegra

Herbal V

Blue Steel

Caverject

Imperial Gold Maca

Super MiraForte

LJ100

Maxaman

Veromax

Silagra

Proton Extreme™

Spermamax

Roplex

Vasomax

Progene

ViaSure™

Super Testron

Viacyn

Viamax® Maximizer

Virinex

Sustanol

---

**Our Reader's Poll Choice:**

**Week of: Tue Jun 10th, 2008**

**Orexis®** - This exciting product has more testimonials than we have ever seen from real and enthusiastic customers. Their customers say enough to sell the product alone. Orexis® is the only non-prescription male sexual enhancement product we have reviewed; that effectively provides both immediate and long term guaranteed results. Orexis® works in just 45 minutes after consumption. The long-term benefits provide a permanent increase in erection size, orgasm control and stamina. What separates Orexis® from other products, is that it uses a patented delivery technology so that the ingredients bypass the stomach acids for immediate results. The proprietary manufacturing process extracts the natural ingredients 15 times their normal strength. Now natural ingredients can be as strong as prescriptions with no negative side effects.

Click HERE to Learn More

Sponsored Mens Health

**Effective and Patented Male Enhancement**
Orexis is the first natural male sexual enhancement pill with both immediate & long-term guaranteed...
www.orexis.com

**Vialipro – 30 Minute Prescription Results**
The first non-prescription male sexual enhancement pill that is clinically proven to work in just 30...
www.vialipro.com

**Read Real Male Enhancement Testimonials**
Thousands of people are reporting success with this new blue pill that is boosting sexual endurance,...
www.sensational.com

**Give Your Lady Immediate Sexual Pleasure**
Patented cream helps induce the female orgasm and works within just 1 minute. Successful in giving...
www.orexia.com

**Burn 500 More Calories per Day**
NuPhedrine is the only pill that can guarantee you burn 500 more calories per day. It contains...
www.NuPhedrine.com

# EXHIBIT L

Review of Orexis®

**Home**

We have the widest range of Male Sexual Health product reviews in America. Search for any product you would like to learn more about here:

[_____] Search

**Program Reviews**

**Orexis®**

**Flex Belt: Rapid Stomach Toning Medical Technology**

**Vialipro -- 30 Minute Results**

**Longevity® - Real HGH**

**Flex Enervive® - Electronic Full-Body Muscle Toning**

**Cleanse Patch® -- Remove Toxins from Your Body Overnight**

**Orexia® Female Pleasure Cream**

**Nuphedrine® -- Burn 500 More Calories per Day**

**VigRx Plus – Size Enhancer**

**Semenax -- Fulfilling Orgasms Everytime**

**Cleanse RX® - Immediate Colon Cleanse Weight Loss**

**Pheromones – Attract Women Immediately**

**Fortex® -- Electronic Upper Body Toning Device**

**ProExtender – Permanent Enlargement Pump**

**Slim10® - 10 Patented Rapid Toning Ingredients**

**Game On - The Movie About the Seduction Community**

**HoodiaP57® -- Suppress Your Appetite and Tone Up**

**Vivaxa – Orgasm Control Gel**

**Cholesterclear®**

**#1 Selling Sex Stamina Training Tool in the US**

## Orexis®

### ✪ Orexis Review Summary

Orexis® is the only non-prescription product available we have reviewed that effectively provides both immediate and long term guaranteed results.

Orexis® works in just 45 minutes after consumption. It also comes in easy-to-go packets so you can always have a pack with you. The long-term benefits are impressive. Orexis® users report a permanent increase in erection size, orgasm control and sexual stamina. Orexis® can be taken every day with no adverse side effects.

What separates Orexis® from other products on the web, is that it uses a patented delivery technology so that the ingredients bypass the stomach acids for immediate and guaranteed results. The proprietary Orexis® manufacturing process also extracts the natural ingredients 15 times their normal strength. For the first time that we have seen: natural ingredients can be as strong as prescriptions and you can avoid the negative side effects.

The official Orexis® website has the most testimonials we have ever seen. You can tell that these are real customers that are very enthusiastic about what Orexis® has done for their love life. We recommend visiting their testimonials page.

Orexis® is also the winner of The Mens Choice™ Award for 'Best Male Sexual Enhancement Product' three years in a row.

**Click Here To Visit the Official Orexis® Website**

### ✪ About Orexis

Orexis® is an all natural Male Enhancement pill with Immediate & Long term effects. The Capsules contain a proprietary blend of: Horny Goat Weed (Epimedium), Yohimbe Extract, Tribulus and additional ingredients clearly listed at Orexis.com.

You will feel Orexis® just 45 minutes after consumption. In fact, the pills come in easy to go packets so you can always have a pack with you. In addition to Orexis® 45 minutes before sexual activity, the formula was designed to be taken everyday and the long term benefits are impressive. Their customers report a permanent increase in erection size, orgasm control and sexual stamina.

### ✪ Orexis Website

The Orexis® website has more testimonials than we have ever seen from what are obviously real and enthusiastic customers. Their customers say enough to sell the product alone. You can read endless testimonials listed on the official Orexis® website by clicking here.

In addition to their informative website, we recently contacted the staff at Orexis Inc. and found their Customer Care Staff to be both helpful and informative. We were pleased to find out, that the makers of Orexis® have been in business for over seven years. Our research found that over 91% of customers who try Orexis® stay on the product indefinitely, because the product works for them.

Sponsored Mens Health

**Effective and Patented Male...**
Orexis is the first natural male sexual enhancement pill with both immediate &...
www.Orexis.com

**The Flex Belt**
Sculpt firmer, stronger and toned abs without exercise. The Flex Belt works for...
www.TheFlexBelt...

**Give Your Lady Immediate Sexual...**
Patented cream helps induce the female orgasm and works within just 1 minute....
www.Orexia.com

**Cleanse RX® – Advanced Colon...**
Flush 5-20 pounds out of your colon in just one month and permanently improve...
www.cleanserx.com

**The Original Longevity® HGH from...**
Longevity®: the first & only product to bring you real HGHR combined with...
www.FindLongevi...

Most Popular Reviews

Orexis
Vialipro

Case 2:08-cv-03561-RGK-CT   Document 57   Filed 03/13/09   Page 73 of 86   Page ID #:850

Arctic Essentials -
Healthy Omega 3
Supplementation

Enzyte

Profillica – Fast-Acting
Hair Re-growth System

Connection Lotion –
Couple Sensation Lotion

Girls Gone Wild Video
Program

Libido-Max Liquid Soft
Gels

Prostalex – Prostate
Health

Dr. Laura Berman

Shave No More – Sexy
Hairless Skin

Healthy Pores - Men's
ACNE Treatment

Libilov

VigRX

Advantage-rx

Avela

Libitol

Viagra

Max Vitality

Ogöplex

Pleasure Pill

Vigoren Penis Patch

ArginMax

Eros

Men's Virility

Cyclo Z-Mass

Maca Men's Drive 1600

Maximan

ExciteMaxx™

Ziozpher

Befar

Bio Test

Big Kahuna

Penegra

Herbal V

Blue Steel

Caverject

Imperial Gold Maca

Super MiraForte

LJ100

Maxaman

Veromax

Silagra

Proton Extreme™

Spermamax

Roplex

Vasomax

Orexis® also comes with a 30-Day Money Back Guarantee which gives all customers a no-lose situation.

## Positives

• The most testimonials we have ever seen for this type of product from satisfied customers.
• Won the Award for 'Best Male Sexual Enhancement Product' three years straight.
• Their customers love them and have enthusiastic things to say about their experiences. You can check out what these customers have say by reading this popular Orexis Blog.
• Both Immediate and Long Term Results.
• Patented delivery technology so the ingredients bypass the stomach acids for immediate results.
• Proprietary manufacturing process extracts the natural ingredients 15 times their normal strength.
• Comes with a 30-Day Money Back Guarantee

## Negatives

• The Website does not offer access to the other products that their organization sells. All of their products have won several awards and this would be a nice addition to their website.

## Conclusion

The combination of superior herbs and the unique Orexis® manufacturing process sets the bar for the results a non-prescription male sexual enhancement product can deliver. We especially like that Orexis® does not contain any harsh chemicals found in prescribed medications. Orexis® concentrates its natural ingredients 15 times their normal strength so the effects are very apparent. Orexis® has been studied, reviewed and compared against some of the biggest players in this market and has continued to win by unanimous vote three years straight by The Mens Choice Awards™.

The Orexis® testimonials are compelling. We have found few companies that make a natural product that can confidently display endless and positive testimonials on their website. Orexis® has a history of satisfied customers. We definitely recommend trying this product - -their 30-Day Money Back Guarantee gives all customers a no-lose situation.

**Click HERE to Visit the Official Orexis Website**

**Our Reader's Poll Choice:**

**Week of:** Tue Mar 03rd, 2009

**Orexis® -** This exciting product has more testimonials than we have ever seen from real and enthusiastic customers. Their customers say enough to sell the product alone. Orexis® is the only non-prescription male sexual enhancement product we have reviewed; that effectively provides both immediate and long term guaranteed results. Orexis® works in just 45 minutes after consumption. The long-term benefits provide a permanent increase in erection size, orgasm control and stamina. What separates Orexis® from other products, is that it uses a patented delivery technology so that the ingredients bypass the stomach acids for immediate results. The proprietary manufacturing process extracts the natural ingredients 15 times their normal strength. Now natural ingredients can be as strong as prescriptions with no negative side effects.

Click HERE to Learn More

Vytalin
Zenerx
Enzyte
VigRx Plus
Extend
Extenze
Maxoderm
Longevity
Orexia
Nuphedrine
Ezerex
FlexBelt
Pheromones
Paravol
Stamina RX
CholesterClear
Super LQ
Semenax
T Boost
Vicerex
CleanseRX
VPXL

Sponsored Mens Health

**Effective and Patented Male Enhancement**
Orexis is the first natural male sexual enhancement pill
with both immediate & long-term guaranteed...
www.Orexis.com

**The Flex Belt**
Sculpt firmer, stronger and toned abs without exercise.
The Flex Belt works for everyone and it can...
www.TheFlexBelt.com

**Give Your Lady Immediate Sexual Pleasure**
Patented cream helps induce the female orgasm and
works within just 1 minute. Successful in giving...
www.Orexia.com

**Cleanse RX® – Advanced Colon Cleanse System**
Flush 5-20 pounds out of your colon in just one month
and permanently improve your digestion with...
www.cleanserx.com

**The Original Longevity® HGH from Germany**
Longevity®: the first & only product to bring you real
HGHR combined with 2-AEP®. This patented...
www.FindLongevityNow.com

This website is not owned or endorsed by, or affiliated with "Orexis®".
©2006, themenschoice.com. All Rights Reserved.

# EXHIBIT M



# OREXIS™
### (pervalidus obduro)

**HOME · CONTACT US · SAFETY INFO**

| Product Info | 100% Guarantee | Order Now! |

## Now Available: The First NATURAL Male Sexual Enhancement Product
with both **IMMEDIATE** and **LONG TERM**

# GUARANTEED RESULTS!

The bottom line is: Orexis™ works. You will *immediately* benefit from having:

- **A Larger, Harder Penis During Sex**
- **Advanced Control Over Your Orgasms**
- **Increased Sexual Drive**



This is NOT another natural product that doesn't produce results. **Orexis™ is the first Male Sexual Enhancement product with both immediate and long term guaranteed results.** It is results oriented and you will experience the benefits from day one. In fact, Orexis™ comes in easy to go sachets so you can always have a pack with you.

Men all over the world would like to increase their sexual performance. What man wouldn't want their lover to be Proud and Desire to sleep with him. In fact, lack of physical size or sexual potency can destroy what could and should be a successful love life.

Have you wondered how your bedroom partner would feel and think about you if you had a long-lasting larger & harder penis every time you make love? **Now they will.**

How would she feel about herself if you often had the urge to ravage her body? **Now you will.** Orexis™ is an awesome answer for any man who needs to enhance his erection size, sexual performance and desire right away. Orexis™ is the effective and safe way to GUARANTEED male sexual enhancement.

It's simple: Orexis™ will improve your sexual performance through increased penis size, longer, firmer erections and increased libido. The average Orexis™ user receives a 21% increase in penis size during his erection. The honest truth is that this benefit alone will change your love life forever. However, Orexis™ will also increase your sexual appetite by up to 5 times, and will ALSO enhance your own pleasure and performance during sex starting the first time you take it.

Take Orexis™ every day for long term benefits AND approximately 45 minutes prior to sexual activity. Keep a pack of Orexis™ with you so that you have it when the time comes.

This website will give you all of the necessary information to help you realize and decide that Orexis™ is for you. This site will provide you with all of the answers about the product, how it works on the male libido, and why it will definitely increase your erection size, sexual appetite and therefore improve your love life.

Here is our promise to you. Orexis™ works. However – we know that the product needs to prove itself. This is why we offer a 30-day MONEY BACK GUARANTEE.

Place your order for Orexis™ – if you do not receive the benefits we know you will – we ask you to please return any remaining product for a 100% REFUND! We want you to have NOTHING to lose and a better love life to gain.

### ORDER OREXIS™ NOW

**100% PRODUCT GUARANTEE!**

**Not Convinced? Read: "A WOMAN'S Point of VIEW"**

To receive information on all of our quality products, enter your email:

[ Submit ]

We invite you to send **INFO about OREXIS** to a friend or loved one:

**Friend's Email:**

**Your Name:**

[ Tell a Friend! ]

"Last night Meggen and I made love four times. We have not done that since prom night."

-Dan Matheny

[ CLICK HERE TO READ MORE REAL TESTIMONIALS ]

2005 · 2006 · 2007
**WINNER**
The Mens' Choice
**AWARD**
Click for Details



Product Info | Success Stories | A Woman's Point of View | Guaranteed Enhancement | 100% Guarantee
Copyright © 2006-2007, Orexis.com. All Rights Reserved. | Privacy Policy

# EXHIBIT N



**OREXIS**™
(pervalidus obduro)

Product Info | 100% Guarantee | Order Now!



## ORDER NOW!

We are absolutely confident in the quality and effectiveness of Orexis and offer a 100% Product Guarantee. That's right. If you are not happy with Orexis in any way, you are entitled to one of the options listed in our Product Guarantee. **Click Here To View Our Famous Product Guarantee.**

If you wish to order via phone, fax or post please see our **contact page** for details.

Ordering Online is *Easy*
**Enter Your Order Here:**

**ORDER TODAY TO RECEIVE FREE SHIPPING**-- via Email Rebate!

"Orexis has been a tremendous help to my marriage and my overall confidence in the bedroom. I have tried other products and none have worked as well and without the side effects...Thank you very much. A very satisfied customer." -*John*



**4 Month Supply - Optimal Results and BEST VALUE**
*Optimal results include:*

- Regular increase in overall erection size
- Incredible stamina, energy, and control
- A More Satisfied Lover
- Maximized self confidence and awareness
- THE BEST SEX LIFE YOU HAVE EVER HAD

**Only $144.96 for a 4 month supply**
**(save $50! + FREE SHIPPING domestic orders only)**



**1 Month Supply - Orexis Starter**
*Initial results include:*

- Boost in libido, sexual energy, desire and stamina
- Immediate harder and larger erections

**Only $49.99 for a one month supply**

**2 Month Supply - Orexis Results**
*Ongoing results include:*

- Noticeably larger and harder erections consistently
- Noticeably increase in erection length and girth
- Your partner notices drastic erection size advances

**Only $89.98 for a 2 month supply (save $10!)**



**3 Month Supply - Orexis Max**
*Near-maximum results include:*

- Cumulative benefits of Orexis providing a Regular increase in erection size
- New sexual confidence and energy
- Obvious change in your sexual relationship

**Only $119.97 for a 3 month supply (save $30!)**

| | | |
|---|---|---|
| **More than a four month supply?** Type the quantity desired in the box to the left. | | |

Subtotal:    $ 0

Shipping:    $ 0

**TOTAL:**    $ 0    (U.S. Dollars)

**Choose your domestic shipping option:**

○ USPS First Class $7.95 (5-7 Business Days)

◉ USPS Priority Mail $12.95 (2-4 Business Days)

○ USPS Express Mail $22.95 (1-2 Business Days)

☑ YES, I want this package insured for only $2.89
Click here for more info on Shipping Insurance

**Add a jar of Orexia to your order now and save $20!**



**FEMALE Sexual Enhancement has arrived!** Orexia™ works. You will experience Immediate Pleasure the first time you use Orexia™. In fact, you will achieve an orgasm the first time you use it!

- Stronger & Faster Orgasms Immediately
- Intensified Sensitivity and Arousal
- Enhanced Natural Lubrication
- Increased Sex Drive

**Click HERE to learn more about Orexia**

**Regular price:** $49.99
**Order Now: $29.99**
**A $20 savings for ordering now!**



## Credit Card Information

Card Number

CVC code  what is this?

Expiration Month:          01

Expiration Year:           2009

## Billing Information

Last Name/Surname

First Name

Email Address                        (i.e.
                          you@yourAddress.com)

Daytime Telephone                    (include area
                          code)

Fax                                  (include area
                          code)

Street Address/Apt#

City

State             -CHOOSE-

Zip Code

Country           United States

☐ Check this box to Ship to a different address

**FINAL STEP - claim your 3 FREE THANK-YOU REWARDS - Today Only!**
**#1. FREE SHIPPING** via Email Rebate™ (up to $12.95)
**#2. FREE male enhancement advice by a famous doctor based on your profile! (Value $149)**
**#3. FREE complimentary membership in WellnessWatchersMD for two full weeks!**

Get a free shipping on today's purchase, plus free personal advice from nationally recognized specialist Dr. Kerry D. Friesen, M.D. plus two free weeks to give your honest opinion on WellnessWatchersMD, the startling new interactive program that rips the covers off male enhancement secrets known only to medical experts. Reveals the one food guaranteed to extend your healthy years 12% (but only if you don't eat it!) Discloses sex triggers hidden in your kitchen for endless power and endurance. Exposes 9 shocking male enhancement rip-offs you must avoid at all costs. Plus much more! If you don't agree this is too revealing to pass up, simply call toll-free to cancel within 14 days. Otherwise it's less than $4.92 a month for a FULL YEAR - billed annually with no automatic renewal. That's 50% off, and **even if you cancel, your doctor's advice is still free, plus you still get FREE SHIPPING ON TODAY'S PURCHASE!**

☐ **YES, I accept my FREE SHIPPING, FREE doctor's advice and FREE membership.**

Submit Order



U.S. Orders will take approximately 2-5 business days for delivery. For International Orders please allow approximately 5-8 business days. International shipping times may vary depending on country and customs procedures. International Orders must be for personal use only. All credit cards will be charged in US$.

*Thank You!*

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF
OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

T. VINCENT CONSOLO (S.B.N. 245230)
CRANDALL, WADE & LOWE
A Professional Corporation
26010 Mureau Road, Suite 160
Calabasas, CA  91302
(818) 871-9900
ATTORNEYS FOR:  PHYSICIAN FORMULAS

**FILED**

2009 MAR 12  PM 3: 44

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY SAHELIAN, an individual, | CASE NUMBER |
| | CV08-03561 RGK (CTx) |
| v.            Plaintiff(s), | |
| OREXIS LLC, et al., | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| ALL RELATED CLAIMS.          Defendant(s) | **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  PHYSICIAN FORMULAS
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

<table>
<tr><th>PARTY</th><th>CONNECTION</th></tr>
<tr><td colspan="2">(List the names of all such parties and identify their connection and interest.)</td></tr>
</table>

PHYSICIAN FORMULAS, owner of the trademark "Mind Power Rx" (Reg. No. 3372455)
PHYSICIAN FORMULAS, owner of the trademark "Prostate Power Rx" (Reg. No. 3377684)
Defendant OREXIS LLC, controls and operates orexis.com
Defendant URBAN NUTRITION LLC, controls and operates feelserenity.com
Defendant ATLANTIC COAST MEDIA GROUP LLC, operates the cross-linked websites
Defendant SERENITY LLC, operates the cross-linked websites at issue
Defendant PRIME WORLD SYNDICATE LIMITED, controls and operates the cross-linked
websites at issue, themenschoice.com, and mindreference.com
Andrew Surwilo, General Partner of the infringing companies listed above
Thomas Shipley, General Partner of the infringing companies listed above

MARCH 9, 2009
Date

*T. Vincent Consolo*
Sign
T. VINCENT CONSOLO (S.B.N. 245230)

Attorney of record for or party appearing in pro per
PHYSICIAN FORMULAS

CV-30 (12/03)                    NOTICE OF INTERESTED PARTIES                    CCDCV30

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY SAHELIAN, an individual,<br><br>                              Plaintiff,<br><br>     vs.<br><br>OREXIS, LLC, et al.,<br><br>                              Defendants. | CASE NUMBER<br><br>CV08-03561 RGK (CTx) |
| ALL RELATED CASES. | **SUMMONS** |

TO:   DEFENDANT(S):   <u>SEE ATTACHED</u>

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you receive it), you must serve on the cross-defendant/cross-counter-complainant PHYSICIAN FORMULAS an answer to the attached [  ] complaint [ ] amended complaint [ ] counterclaim(s) [**X**] cross-claim(s) or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>James A. Rossi, Esq.</u>, whose address is <u>26010 Mureau Road, Suite 160, Calabasas, California 91302-3130</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____ **1 2 MAR 2009** _____

By: _____

MARILYN DAVIS
Deputy Clerk

SEAL

*(Seal of the Court)*

**SUMMONS**

(SPACE BELOW FOR FILING STAMP ONLY)

1   Ara Sahelian (State Bar No. 169257)
    sahelianlaw@yahoo.com
2   LAW OFFICES OF ARA SAHELIAN
    23046 Avenida De. La Carlota, Suite 600
3   Laguna Hills, California  92653
    Telephone:  (949) 588-5782
4   Facsimile:  (949) 305-4192

5   James A. Rossi (State Bar No. 216357)
    rossij@cwllaw.com
6   T. Vincent Consolo (State Bar No. 245230)
    consolov@cwllaw.com
7   CRANDALL, WADE & LOWE
    A Profession Corporation
8   26010 Mureau Road, Suite 160
    Calabasas, California  91302
9   Telephone:  (818) 871-9900
    Facsimile:  (818) 871-9901

10

11  Attorneys for    Cross-Defendant; Cross/Counter-
                     Claimant, PHYSICIAN FORMULAS

12

13              IN THE UNITED STATES DISTRICT COURT

14            FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                        WESTERN DIVISION

16

17  RAY SAHELIAN, an individual,          Civil Action No. CV08-03561 RGK
                                          (CTx)
18                          Plaintiff,
                                          Judge:       Gary R. Klausner
19      vs.                               Courtroom:   850

20  OREXIS, LLC, a foreign limited
    liability company; URBAN             PHYSICIAN FORMULAS' (erroneously
21  NUTRITION, LLC, a foreign limited    sued as PHYSICIANS FORMULAS)
    liability company; EXCELL NOW,       RESPONSE AND COUNTERCLAIMS
22  LLC, a foreign limited liability     TO DEFENDANTS' ANSWER TO
    company; LONGEVITY, LLC, a           AMENDED COMPLAINT AND
23  limited liability company; ATLANTIC  COUNTERCLAIMS
    COAST MEDIA GROUP, LLC, a
24  limited liability company; ANDREW
    SURWILO, an individual; and
25  THOMAS SHIPLEY, an individual,

26                          Defendants.

27

28

                                    1
    PHYSICIAN FORMULAS' (erroneously sued as PHYSICIANS FORMULAS) RESPONSE AND
    COUNTERCLAIMS TO DEFENDANTS' ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RAY SAHELIAN, an individual,

                            Plaintiff,

    vs.

OREXIS, LLC, et al.,

                            Defendants.

ALL RELATED CASES.

CASE NUMBER

CV08-03561 RGK (CTx)

**SUMMONS**

TO:    DEFENDANT(S):    <u>SEE ATTACHED</u>

        A lawsuit has been filed against you.

        Within <u>20</u> days after service of this summons on you (not counting the day you receive it), you must serve on the cross-defendant/cross-counter-complainant PHYSICIAN FORMULAS an answer to the attached [  ] complaint [  ] amended complaint [  ˥ counterclaim(s) [**X**] cross-claim(s) or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, <u>James A. Rossi, Esq.</u>, whose address is <u>26010 Mureau Road, Suite 160, Calabasas, California 91302-3130</u>.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the court.

                                            Clerk, U.S. District Court

Dated:    _**1 2 MAR  2009**_____        By: _____
                                                        Deputy Clerk

                                            *(Seal of the Court)*

---

**SUMMONS**

(SPACE BELOW FOR FILING STAMP ONLY)

1    Ara Sahelian (State Bar No. 169257)
     sahelianlaw@yahoo.com
2    LAW OFFICES OF ARA SAHELIAN
     23046 Avenida De. La Carlota, Suite 600
3    Laguna Hills, California 92653
     Telephone: (949) 588-5782
4    Facsimile: (949) 305-4192

5    James A. Rossi (State Bar No. 216357)
     rossij@cwllaw.com
6    T. Vincent Consolo (State Bar No. 245230)
     consolov@cwllaw.com
7    CRANDALL, WADE & LOWE
     A Profession Corporation
8    26010 Mureau Road, Suite 160
     Calabasas, California 91302
9    Telephone: (818) 871-9900
     Facsimile: (818) 871-9901

10

11   Attorneys for    Cross-Defendant; Cross/Counter-
                       Claimant, PHYSICIAN FORMULAS

12

13

14                   IN THE UNITED STATES DISTRICT COURT

15               FOR THE CENTRAL DISTRICT OF CALIFORNIA

16                            WESTERN DIVISION

17

18   | | |
     |---|---|
     | RAY SAHELIAN, an individual, | Civil Action No. CV08-03561 RGK (CTx) |
     | Plaintiff, | |
     | vs. | Judge:      Gary R. Klausner |
     | | Courtroom:  850 |
     | OREXIS, LLC, a foreign limited liability company; URBAN NUTRITION, LLC, a foreign limited liability company; EXCELL NOW, LLC, a foreign limited liability company; LONGEVITY, LLC, a limited liability company; ATLANTIC COAST MEDIA GROUP, LLC, a limited liability company; ANDREW SURWILO, an individual; and THOMAS SHIPLEY, an individual, | PHYSICIAN FORMULAS' (erroneously sued as PHYSICIANS FORMULAS) RESPONSE AND COUNTERCLAIMS TO DEFENDANTS' ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS |
     | Defendants. | |

28

                                    1

PHYSICIAN FORMULAS' (erroneously sued as PHYSICIANS FORMULAS) RESPONSE AND
COUNTERCLAIMS TO DEFENDANTS' ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS

1

2   ATLANTIC COAST MEDIA GROUP,
    LLC,

3                        Counterclaimant,

4        -against-

5   RAY SAHELIAN, LONGEVITY
    RESEARCH, INC., PHYSICIANS
6   FORMULAS, and JOHN DOES 1-10,

7        Counterclaim-Defendants.

8   PHYSICIAN FORMULAS
    (erroneously sued as PHYSICIANS
9   FORMULAS),

10       Cross-Defendant; Cross/Counter-
                           Claimant,

11

12       vs.

13  OREXIS LLC, URBAN NUTRITION
    LLC, ATLANTIC COAST MEDIA
14  GROUP LLC, SERENITY LLC,
    PRIME WORLD SYNDICATE
15  LIMITED, ANDREW SURWILO,
    THOMAS SHIPLEY, and JOHN
16  DOES 1-10,

17       Cross/Counterclaim-Defendants.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

2

PHYSICIAN FORMULAS' (erroneously sued as PHYSICIANS FORMULAS) RESPONSE AND
COUNTERCLAIMS TO DEFENDANTS' ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS