A<small>RA</small> S<small>AHELIAN</small> (S<small>TATE</small> B<small>AR</small> N<small>O</small>. 169257)
sahelianlaw@yahoo.com
LAW OFFICES OF ARA SAHELIAN
23046 A<small>VENIDA</small> D<small>E</small>. L<small>A</small> C<small>ARLOTA</small>, S<small>UITE</small> 600
L<small>AGUNA</small> H<small>ILLS</small>, C<small>ALIFORNIA</small>  92653
T<small>ELEPHONE</small>:  (949) 588-5782
F<small>ACSIMILE</small>:  (949) 305-4192

J<small>AMES</small> A. R<small>OSSI</small> (S<small>TATE</small> B<small>AR</small> N<small>O</small>. 216357)
rossij@cwllaw.com
T. V<small>INCENT</small> C<small>ONSOLO</small> (S<small>TATE</small> B<small>AR</small> N<small>O</small>. 245230)
consolov@cwllaw.com
CRANDALL, WADE & LOWE
A P<small>ROFESSION</small> C<small>ORPORATION</small>
26010 M<small>UREAU</small> R<small>OAD</small>, S<small>UITE</small> 160
C<small>ALABASAS</small>, C<small>ALIFORNIA</small>  91302
T<small>ELEPHONE</small>:  (818) 871-9900
F<small>ACSIMILE</small>:  (818) 871-9901

A<small>TTORNEYS FOR</small> P<small>LAINTIFF</small>, R<small>AY</small> S<small>AHELIAN</small>

NO JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| RAY SAHELIAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OREXIS, LLC, a foreign limited liability company; URBAN NUTRITION, LLC, a foreign limited | **Civil Action No. CV08-03561 RGK (CTx)**<br>_____<br>**JUDGMENT** |

1

| |
|---|
| liability company; EXCELL NOW, LLC, a foreign limited liability company; LONGEVITY, LLC, a limited liability company; ATLANTIC COAST MEDIA GROUP, LLC, a limited liability company; ANDREW SURWILO, an individual; and THOMAS SHIPLEY, an individual,<br><br>                                      Defendants.<br>_____<br>ALL RELATED CLAIMS. |

In accordance with the provisions of Rule 68 of the Federal Rules of Civil Procedure, **IT IS ORDERED AND ADJUDGED** that defendants, OREXIS LLC, URBAN NUTRITION LLC, EXCELL NOW LLC, ATLANTIC COAST MEDIA GROUP LLC, and ANDREW SURWILO (collectively "Defendants"):

1. Pay Plaintiff, Ray Sahelian, M.D., $75,000.00, inclusive of all damages of any form, including attorney's fees, liquidated damages, and interest;
2. Are enjoined from:
    A. further purchase of keyword advertising triggered by the words "Passion RX" and "Sahelian" on any Internet search engine;
    B. use of the terms "Passion RX" and "Sahelian" in metatags on websites operated by them; and

      C.     publication of reviews of "Passion RX" and any other product sold by Sahelian on any websites operated by them.

DATED: March 18, 2009            _____
                                                    R. Gary Klausner, US District Judge