1  **BUCHALTER NEMER**
   A Professional Corporation
2  JAY R. ZIEGLER (SBN: 54877)
   1000 Wilshire Boulevard, Suite 1500
3  Los Angeles, CA 90017-2457
   Telephone: (213) 891-0700
4  Facsimile: (213) 896-0400
   Email: jziegler@buchalter.com
5
   **KELLEY DRYE & WARREN LLP**
6  PAUL W. GARRITY (*pro hac vice*)
   COLEMAN T. LECHNER (*pro hac vice*)
7  101 Park Avenue
   New York, NY 10178
8  Telephone: (212) 808-7800
   Facsimile: (212) 808-7897
9
   Attorneys for Defendants/Counterclaimants OREXIS
10 LLC, URBAN NUTRITION, EXCELL NOW and
   ATLANTIC COAST MEDIA GROUP
11

12                  UNITED STATES DISTRICT COURT

13                 CENTRAL DISTRICT OF CALIFORNIA

14

15 | RAY SAHELIAN, an individual, | Case No. CV08-03561 RGK (CTx)
16 |         Plaintiff,           |
17 |         -against-            | **STIPULATED ORDER OF DISMISSAL**
18 | OREXIS LLC, *a foreign limited liability company, et al.*, |
19 |                              |
20 |         Defendants.          |
21 | AND RELATED COUNTERCLAIMS    |
22

23     IT IS HEREBY STIPULATED AND AGREED by RAY SAHELIAN,

24 PHYSICIAN FORMULAS, URBAN NUTRITION LLC, OREXIS LLC,

25 ATLANTIC COAST MEDIA GROUP LLC, PRIME WORLD SYNDICATE

26 LTD., SERENITY LLC, THOMAS SHIPLEY and ANDREW J. SURWILO,

27 through their undersigned counsel, that this action, including all claims,

28

counterclaims and cross-claims, is dismissed with prejudice in its entirety, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED AND AGREED that each party is to bear its own costs and attorneys' fees.

DATED: 4/30, 2009

LAW OFFICES OF ARA SAHELIAN

By: _____
ARA SAHELIAN
ATTORNEYS FOR PLAINTIFF

DATED: April 30, 2009

**KELLEY DRYE & WARREN LLP**
PAUL W. GARRITY (*pro hac vice*)
COLEMAN T. LECHNER (*pro hac vice*)

By: _____
PAUL W. GARRITY
ATTORNEYS FOR DEFENDANTS
AND COUNTERCLAIMANTS

DATED: April 30, 2009

**CRANDALL, WADE & LOWE**

By: T. Vincent Consolo
T. VINCENT CONSOLO
ATTORNEYS FOR PHYSICIAN FORMULAS

IT IS SO ORDERED:

Dated: _____, 2009

_____
R. GARY KLAUSNER, U.S.D.C.J.