**BUCHALTER NEMER**
A Professional Corporation
JAY R. ZIEGLER (SBN: 54877)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: jziegler@buchalter.com

**KELLEY DRYE & WARREN LLP**
PAUL W. GARRITY (*pro hac vice*)
COLEMAN T. LECHNER (*pro hac vice*)
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Attorneys for Defendants/Counterclaimants OREXIS LLC, URBAN NUTRITION, EXCELL NOW and ATLANTIC COAST MEDIA GROUP

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY SAHELIAN, an individual, | Case No. CV08-03561 RGK (CTx) |
| Plaintiff, | |
| -against- | **ORDER FOR DISMISSAL OF ACTION (PROPOSED)** |
| OREXIS LLC, *a foreign limited liability company, et al.*, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

The Court having read and considered the parties' Stipulated Order of Dismissal dated April 30, 2009, and good cause appearing therefor,

BN 3491337v1

1

ORDER FOR DISMISSAL OF ACTION (PROPOSED)

1  IT IS HEREBY ORDERED that all claims, counterclaims and cross-claims
2  are dismissed with prejudice in their entirety with each party to bear its own costs
3  and attorneys' fees.

4  Dated: May 1, 2009

   _____
   HONORABLE R. GARY KLAUSNER,
   DISTRICT COURT JUDGE